Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Rad Power Bikes Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA  RAD Power Bikes LLC** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3439648** | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1121 NW 52nd Street** <br> **Seattle, WA 98107** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **King** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **radpowerbikes.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.**    **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **4599**

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
☑ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **Eastern District of Washington** | When | **12/15/25** | Case number | **25-02182** |
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Summit Collective Incorporated** | Relationship | **Affiliate** |
| District | **Eastern District of Washington** | When _____ | Case number, if known |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 3 of 188

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 4 of 188

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 15, 2025**
              MM / DD / YYYY

X **/s/ Angelina M. Smith** _____          **Angelina M. Smith** _____
  Signature of authorized representative of debtor        Printed name

Title   **Chief Executive Officer** _____

**18. Signature of attorney**

X **/s/ Armand J. Kornfeld** _____     Date  **December 15, 2025**
  Signature of attorney for debtor                         MM / DD / YYYY

**Armand J. Kornfeld**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **(206) 292-2110**     Email address   **jkornfeld@bskd.com**

**WSBA 17214 WA**
Bar number and State

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on _____
MM / DD / YYYY

X _~signature~_         **Angelina M. Smith**
Signature of authorized representative of debtor    Printed name

Title   **Chief Executive Officer**

| | |
|---|---|
| **18. Signature of attorney** | X _~signature~_      Date 12/12/25 |

Signature of attorney for debtor         MM / DD / YYYY

**Armand J. Kornfeld**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **(206) 292-2110**    Email address   **jkornfeld@bskd.com**

**WSBA 17214 WA**
Bar number and State

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 6 of 188

**Fill in this information to identify the case:**

Debtor name    **Rad Power Bikes Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 15, 2025**     *X* **/s/ Angelina M. Smith**
                                                  Signature of individual signing on behalf of debtor

                                                 **Angelina M. Smith**
                                                 Printed name

                                                 **Chief Executive Officer**
                                                 Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Rad Power Bikes Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule* _____

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____       x _____
Signature of individual signing on behalf of debtor

**Angelina M. Smith**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rad Power Bikes Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AXA-XL Indian Harbor/CoAction 999 Third Avenue Suite 1900 Seattle, WA 98104** | **Mattew T. Wood** **mwood@cozen.com** | **Damages** | **Contingent Unliquidated Disputed** | | | **$1,000,000.00** |
| **Bangkok Cycle Industrial Co., Ltd. 76/2 Moo 8, Oam-Yai, Sampran Nakornpathom 73160 THAILAND** | **pattarawadee@labi cyclegroup.com** | **Trade** | | | | **$5,353,673.92** |
| **Chubb Ins. Co. a/s/o Rebold, Bruce 5 North Court Oyster Bay, NY 11771** | **Robert J. Bates** **Robert.Bates@eust acelaw.com** | **Subrogation** | **Contingent Unliquidated Disputed** | | | **$800,000.00** |
| **Commerce Ins. a/s/o Maimone, Stephen 2000 West Park Drive, Suite 100 Westborough, MA 01581** | **Amanda Coutu** **acoutu@mapfreusa .com** | **Subrogation** | **Contingent Unliquidated Disputed** | | | **$1,138,000.00** |
| **Dutch Express 164 West 25th Str. 10th FL New York, NY 10001** | **Noam Besdin** **nbesdin@steinadle rlaw.com** | **Settlement** | | | | **$225,000.00** |
| **Erie Insurance a/s/o D. Barber 586 Springwater Road Glenville, NC 28736** | **John W. Reis** **JReis@Foxrothsch ild.com** | **Subrogation** | **Contingent Unliquidated Disputed** | | | **$202,187.16** |
| **Fedex PO Box 94515 Palatine, IL 60094-4515** | **useft@fedex.com** | **Trade** | | | | **$297,000.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fuji-TA Fushida Group Area Dongjin Road Junliangcheng Street Dongli District Tianjin Tianjin, China 00030-0050** | fsp.sally@battle-fsd.com | **Trade** | | | | **$1,223,881.24** |
| **Gore, Lisa o/b/o James Gore 4644 Del Monte Ave. San Diego, CA 92107** | Lisa Gore lisagore22@gmail.com | **Subrogation** | **Contingent Unliquidated Disputed** | | | **$3,200,000.00** |
| **Jay, Steve 3930 Carson Cutoff Augusta, GA 30907** | Steve Jay anotherjaycreation@gmail.com | **Damages** | **Contingent Unliquidated Disputed** | | | **$1,000,000.00** |
| **Jinhua Jobo Technology Co Ltd No. 1398 Shenli Road, Qiubin Industrial Park, Zhejiang China** | nancy@jobobikes.com | **Trade** | | | | **$646,763.80** |
| **Jinhua Vision Industry Co., Ltd. No. 3777 King-Ding Road Jiangdong Industrial Zone JinDong District Jinhua ZheJinag Province China** | elsa@chinahulong.com | **Trade** | | | | **$1,414,355.71** |
| **Kunshan Julet Electronics Co LTD No. 2 Bldg 3, No 888 Pengging Rd Huaqiao Town Kunshan City Jiangsu Province China** | panxiaoqin@julet.cn | **Trade** | | | | **$218,992.00** |
| **Luck, Susan Att: Nathan Langston, Jantz Johnson 301 N. 200 E. Suite 3C St. George, UT 84770** | Nathan Langston nate@stginjurylaw.com | **Damages** | **Contingent Unliquidated Disputed** | | | **$1,000,000.00** |
| **Meta Platforms, Inc. 15161 Collections Center Drive Chicago, IL 60693** | payment@fb.com | **Trade** | | | | **$284,130.87** |

25-02183-WLH11   Doc 1   Filed 12/15/25   Entered 12/15/25 11:42:05   Pg 10 of 188

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **N and J Enterprise Co., LTD. Hallmark Bldg. 227 Old Airport Rd. The Valley, Anguilla, B.W.I Hong Kong AI2640** | **celine@vantly.com.tw** | **Trade** | | | | **$329,464.00** |
| **SageSure Ins. a/s/o Bedel, Athony 1032 Annerley Rd. Piedmont, CA 94610** | **mtkramer@travelers.com** | **Subrogation** | **Contingent Unliquidated Disputed** | | | **$513,000.00** |
| **Settlement Payments 76/2 Moo 8 Oam-Yai Sampran Nakornpathom 73160 Thailand** | **pattarawadee@labicyclegroup.com** | **Trade** | | | | **$670,087.74** |
| **U.S Customs and Border Protection 1000 Second Avenue, Suite 2100 Seattle, WA 98104** | **Kyle Forsyth kyle.forsyth@usdoj.gov** | **Tariffs** | **Disputed** | | | **$8,363,748.50** |
| **Whole Foods c/o Chartwell Law One Battery Park Plaza, Suite 710 New York, NY 10004** | **Len Kushnir lkushnir@chartwelllaw.com** | **Damages** | **Contingent Unliquidated Disputed** | | | **$237,469.74** |

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:    Summary of Assets**

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................    $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................    $ _____**32,056,110.11**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................    $ _____**32,056,110.11**

---

**Part 2:    Summary of Liabilities**

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____**40,905,424.25**

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................    $ _____**0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____**31,865,119.61**

4.    **Total liabilities** .......................................................................................
    Lines 2 + 3a + 3b    $ _____**72,770,543.86**

Fill in this information to identify the case:

Debtor name    **Rad Power Bikes Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **JP Morgan Chase** | **Sweep** | **6128** | $0.00 |
| 3.2. | **JP Morgan Chase [11/30/2025]** | **Cash Collateral** | **0292** | $6,049,942.68 |
| 3.3. | **JP Morgan Chase [Collateralization Letter of Credit ]** | **Money Market** | **8869** | $315,063.42 |
| 3.4. | **JP Morgan Chase** | **Sweep** | **1650** | $0.00 |
| 3.5. | **JP Morgan Chase [11/30/2025]** | **Receivables** | **1651** | $336,000.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $6,701,006.10 |
|---|

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Lease Deposit Trinity**<br>**West Woodland Business Center LLC** | $5,250.00 |
| 7.2. | **Lease Deposit Shasta**<br>**Hatch Family Properties, LLC** | $17,500.00 |
| 7.3. | **Lease Deposit Retail**<br>**West Woodland Business Center LLC** | $39,726.60 |
| 7.4. | **Lease Deposit San Diego**<br>**CCC Beverage Company, LLC** | $11,250.00 |
| 7.5. | **Lease Deposit Berkeley**<br>**John Gordon** | $25,000.00 |
| 7.6. | **Lease Deposit Brooklyn**<br>**19 Kent Acquisition LLC** | $150,450.00 |
| 7.7. | **Lease Deposit Denver**<br>**Steele Street Co. LLC** | $24,931.53 |
| 7.8. | **Prepayment Transportation Charges**<br>**AIT** | $50,000.00 |
| 7.9. | **Inventory Deposit**<br>**Hafny Co., Ltd.** | $8,850.00 |
| 7.10. | **Lease Deposit Canada**<br>**Warrington PCI** | $126,216.46 |
| 7.11. | **Marwi Taiwan Industrial Co., LTD**<br>**[Marwi grips]** | $67,944.58 |
| 7.12. | **Bangkok Cycle Industrial Co., Ltd.**<br>**[Batteries]** | $34,385.60 |
| 7.13. | **Bangkok Cycle Industrial Co., Ltd.**<br>**[Deck woods & Running Board]** | $86,181.18 |

| 7.14. | **Tianjin Fuji-TA Bicycle Industrial Co LTD**<br>**[RMA Bikes]** | **$809,274.60** |
|---|---|---|
| 7.15. | **Bangkok Cycle Industrial Co., Ltd.**<br>**[Batteries]** | **$64,457.00** |

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Tipalti Inc.** | **$58,198.02** |
|---|---|---|
| 8.2. | **Woodruff-Sawyer & Company**<br>**Cargo Stock Liability Insurance (Prepaid Quarterly)** | **$11,644.33** |
| 8.3. | **Woodruff-Sawyer & Company**<br>**Insurance for May & June 2026** | **$668,673.60** |
| 8.4. | **King County Assessor**<br>**Remaining Personal Property Tax for 2025** | **$10,640.24** |
| 8.5. | **First Insurance Funding - Canada**<br>**Canada Insurance for May & June 2026** | **$55,251.72** |

**9.**  **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$2,325,825.46**

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.**  **Accounts receivable**

| 11a. 90 days old or less: | **1,469,881.66** | - | **0.00** | =.... | **$1,469,881.66** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **46,223.26** | - | **0.00** | =.... | **$46,223.26** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**  **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$1,516,104.92**

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

|  | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

| 15.1. | **Summit Collective Inc.** | 100 % | **N/A** | Unknown |
|---|---|---|---|---|

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**                                                      | **$0.00** |
Add lines 14 through 16.  Copy the total to line 83.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**
☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** **E-Bikes, Accessories, & Spare Parts** **[11/30/2025]** **With $1,273,851.19** **Excess and Obsolete** | 01/01/2025 | $15,500,725.92 | FIFO Landed Cost | $14,226,874.73 |
| **22.** **Other inventory or supplies** | | | | |

**23.** **Total of Part 5.**                                                     | **$14,226,874.73** |
Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value   63,580.00    Valuation method  **FIFO Landed Cost**   Current Value  63,580.00

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☑ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Corporate FFE**<br>**[Cost Basis Straight Line Depreciation]** | **$82,902.00** | **Straight Line Dp** | **$82,902.00** |
| | **Retail FFE**<br>**[Cost Basis Straight Line Depreciation]** | **$342,279.97** | **Straight Line Dp** | **$342,279.97** |
| 40. | **Office fixtures**<br>**Corporate Leasehold Improvements**<br>**[Cost Basis Straight Line Depreciation]** | **$30,251.00** | **Straight Line Dp** | **$30,251.00** |
| | **Retail Leasehold Improvements**<br>**[Cost Basis Straight Line Depreciation]** | **$3,055,666.28** | **Straight Line Dp** | **$3,055,666.28** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Corporate Software, and Hardware**<br>**[Cost Basis Straight Line Depreciation]** | **$0.00** | **N/A** | **Unknown** |
| | **Retail Software, and Hardware**<br>**[Cost Basis Straight Line Depreciation]** | **$0.00** | **N/A** | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                          | **$3,511,099.25** |
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

            Name

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2020 Ford Transit 250 Van**<br>VIN 1FTBR3U87LKA96265 | $20.86 | Kelley Blue Book | $20,000.00 |
| 47.2. **2021 Ford F-350 Super Duty**<br>VIN 1FTBW3X86MKA40307 | $16,373.00 | Kelley Blue Book | $33,000.00 |
| 47.3. **2020 Ford Transit 250 Van**<br>VIN 1FTBR3U84LKA96269 | $892.00 | Kelley Blue Book | $20,000.00 |
| 47.4. **2020 Ford Transit 250 Van**<br>VIN 1FTBR3U80LKA96267 | $482.00 | Kelley Blue Book | $20,000.00 |
| 47.5. **2021 Ford F-350 Super Duty**<br>VIN 1FTBW3X88MKA40311 | $5,155.00 | Kelley Blue Book | $33,000.00 |
| 47.6. **2021 Ford F-350 Super Duty**<br>VIN 1FTBW3X88MKA40308 | $17,722.00 | Kelley Blue Book | $33,000.00 |
| 47.7. **2020 Ford Transit 250 Van**<br>VIN 1FTBR3X87LKA26681 | $0.00 | Kelley Blue Book | $20,000.00 |
| 47.8. **2020 Ford Transit 250 Van**<br>VIN 1FTBR3U80LKA96270 | $0.00 | Kelley Blue Book | $20,000.00 |
| 47.9. **2021 Ford F150**<br>VIN 1FTFW1ED2MFB29175 | $11,507.00 | Kelley Blue Book | $28,000.00 |
| 47.10. **2018 Ford Transit**<br>VIN 1FRYR2CM9HKA38135 | $0.00 | Kelley Blue Book | $12,500.00 |
| 47.11. **2021 Ford Transit 250 Cargo Van**<br>VIN 1FTBR3U89MKA27790 | $12,404.65 | Kelley Blue Book | $27,500.00 |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Tooling, Equipment & CIP in Fixed Asset<br>Register (Corporate)**<br>**[Cost Basis Straight Line Depreciation]** | $150,245.07 | Straight Line Dp | $150,245.07 |

| **Tooling, Equipment & CIP in Fixed Asset Register (Retail)** [Cost Basis Straight Line Depreciation] | $913.22 | Straight Line Dp | $913.22 |
|---|---|---|---|

**51.**  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $418,158.29 |
|---|

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **See Schedule G for non-residential real property leases** | | $0.00 | N/A | Unknown |

**56.**  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.**  **Patents, copyrights, trademarks, and trade secrets**

| | | | | |
|---|---|---|---|---|
| Patents | $803,180.32 | Net Book | | $803,180.32 |
| Trademarks | $2,541,683.15 | Net Book | | $2,541,683.15 |

61. **Internet domain names and websites**

| | | | |
|---|---|---|---|
| Domain Names | Unknown | | Unknown |
| Domain Names | Unknown | | Unknown |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | $3,344,863.47 |
    |---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    - [x] No
    - [ ] Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - [ ] No
    - [x] Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - [x] No
    - [ ] Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - [ ] No.  Go to Part 12.
    - [x] Yes Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

| | | | |
|---|---|---|---|
| Avalara B2B Tax Correction | Tax year | | $12,177.89 |
| NOL $37,318,613.00 | Tax year | FY2021 | Unknown |
| NOL $100,221,779.00 | Tax year | FY2022 | Unknown |

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 20 of 188

|  |  |  |
|---|---|---|
| **NOL $63,697,600.00** | Tax year **FY2023** | **Unknown** |
| **NOL $34,635,178.00** | Tax year **FY2024** | **Unknown** |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Cyber attack insurance claim.**                    **Unknown**

Nature of claim                    _____
Amount requested                    **TBD**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                    | **$12,177.89** |

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,701,006.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,325,825.46 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,516,104.92 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,226,874.73 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,511,099.25 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $418,158.29 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3,344,863.47 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $12,177.89 | |
| 91. **Total.** Add lines 80 through 90 for each column | $32,056,110.11 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $32,056,110.11 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Book value of collateral that supports this claim** |
|---|---|---|

**2.1**   **Counterpoint Ventures Investor Fund**
Creditor's Name

**Morgan Stanley ATTN: Mark Todtfeld
522 Fifth Avenue, 5th Floor
New York, NY 10036**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Amount of claim:** $866,358.47
**Book value:** $32,056,110

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2**   **Counterpoint Ventures Master Fund**
Creditor's Name

**Morgan Stanley ATTN: Mark Todtfeld
522 Fifth Avenue, 5th Floor
New York, NY 10036**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Amount of claim:** $3,706,133.62
**Book value:** $32,056,110

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 23 of 188

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| JMorgan Chase Senior Lien | ☐ Disputed |
| Subordinated Noteholders 2nd Lien | |

---

**2.3** | **Durable Capital Master Fund LP**

Creditor's Name

**Attn: Julie Jack, General Counsel**
**4747 Bethesda Ave. Suite #1002**
**Bethesda, MD 20814**

Creditor's mailing address

| | | **$2,566,664.31** | **$32,056,110** |

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| JMorgan Chase Senior Lien | ☐ Disputed |
| Subordinated Noteholders 2nd Lien | |

---

**2.4** | **FIAM Target Date Blue Chip Growth**

Creditor's Name

**Mutual Funds Lockbox**
**Attn: FLAPPER CO fbo FIAM Target**
**Chicago, IL 60675**

Creditor's mailing address

| | | **$91,498.96** | **$32,056,110** |

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| JMorgan Chase Senior Lien | ☐ Disputed |
| Subordinated Noteholders 2nd Lien | |

---

**2.5** | **Fidelity Advisor Srs I: Growth Opp**

Describe debtor's property that is subject to a lien

| | | **$520,811.51** | **$32,056,110** |

Creditor's Name

**c/o Brown Brothers
Harriman
Corporate Actions - 140
Broadway
New York, NY 10005**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**All assets**

**Describe the lien**
**Subordinated Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Fidelity Advisor Srs I: Growth Opp** | | $21,889.38 | $32,056,110 |

Creditor's Name

**Mutual Funds Lockbox
Attn: Warmwind fbo
Fidelity Advs.
Chicago, IL 60675**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**Subordinated Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Fidelity Blue Chip Growth Com Pool** | | $44,172.79 | $32,056,110 |

Creditor's Name

**c/o Brown Brothers
Harriman
Corporate Actions - 140
Broadway
New York, NY 10005**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**Subordinated Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| ☑ No | |
| ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Fidelity Blue Chip Growth K6 Fund** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
**All assets**

$128,223.47       $32,056,110

**Northern Trst Attn Trade Securities**
**333 South Wabash Ave, 32nd Floor**
**Chicago, IL 60604**
Creditor's mailing address

**Describe the lien**
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Fidelity BlueChipGrowth Institution** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
**All assets**

$3,231.02       $32,056,110

**Mutual Funds Lockbox**
**Attn: Thisbe & Co: FBO Blue Chip**
**Chicago, IL 60675**
Creditor's mailing address

**Describe the lien**
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Fidelity Canadian Growth Company Fu** | Describe debtor's property that is subject to a lien | $62,473.04 | $32,056,110 |

Creditor's Name

**Mutual Funds Lockbox Attn: Thisbe & Co Fidelity Canadian Chicago, IL 60675**

Creditor's mailing address

**All assets**

Describe the lien
**Subordinated Security Interest**

Is the creditor an insider or related party?
- [✔] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [✔] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [✔] Yes. Specify each creditor, including this creditor and its relative priority.
  JMorgan Chase Senior Lien
  Subordinated Noteholders 2nd Lien

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.11 | **Fidelity Contra NewInsightsFundSubB** | Describe debtor's property that is subject to a lien | $145,041.48 | $32,056,110 |

Creditor's Name

**c/o Brown Brothers Harriman Corporate Actions - 140 Broadway New York, NY 10005**

Creditor's mailing address

**All assets**

Describe the lien
**Subordinated Security Interest**

Is the creditor an insider or related party?
- [✔] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [✔] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [✔] Yes. Specify each creditor, including this creditor and its relative priority.
  JMorgan Chase Senior Lien
  Subordinated Noteholders 2nd Lien

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.12 | **Fidelity Contra- New Insights Fund** | Describe debtor's property that is subject to a lien | $420,947.58 | $32,056,110 |

Creditor's Name

**c/o Brown Brothers Harriman Corporate Actions - 140 Broadway New York, NY 10005**

Creditor's mailing address

**All assets**

Describe the lien
**Subordinated Security Interest**

Is the creditor an insider or related party?
- [✔] No

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ Yes
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Fidelity Contrafund K6** | **Describe debtor's property that is subject to a lien** | $451,228.59 | $32,056,110 |
|---|---|---|---|---|

Creditor's Name

**All assets**

**Northern Trst Attn Trade Securities
333 South Wabash Ave, 32nd Floor
Chicago, IL 60604**
Creditor's mailing address

**Describe the lien**
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Fidelity Contrafund Mag& Co.** | **Describe debtor's property that is subject to a lien** | $3,127,389.66 | $32,056,110 |
|---|---|---|---|---|

Creditor's Name

**All assets**

**c/o Brown Brothers - ATTN:
Corporate Actions - 140 Broadway
New York, NY 10005**
Creditor's mailing address

**Describe the lien**
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

---

| 2.1 5 | **Fidelity Contrafund Mag& Co.** | Describe debtor's property that is subject to a lien | $918,516.11 | $32,056,110 |

Creditor's Name

**c/o Brown Brothers Harriman Corporate Actions - 140 Broadway New York, NY 10005**

**All assets**

Creditor's mailing address

Describe the lien
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

---

| 2.1 6 | **Fidelity Contrafund Opp Insights Fu** | Describe debtor's property that is subject to a lien | $174,591.22 | $32,056,110 |

Creditor's Name

**c/o Brown Brothers Harriman Corporate Actions - 140 Broadway New York, NY 10005**

**All assets**

Creditor's mailing address

Describe the lien
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

---

| 2.1 7 | **Fidelity Global Innovators Invest** | Describe debtor's property that is subject to a lien | $80,335.23 | $32,056,110 |

Creditor's Name

**Mutual Funds Lockbox**
**Attn: Thisbe & Co: Fidelity**
**Global**
**Chicago, IL 60675**

**All assets**

Creditor's mailing address

**Describe the lien**
**Subordinated Security Interest**
**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.1 8 | **Fidelity Growth Co. Commingled Pool** | | $1,756,053.79 | $32,056,110 |
|---|---|---|---|---|

Creditor's Name

**c/o Brown Brothers**
**Harriman**
**Corporate Actions - 140**
**Broadway**
**New York, NY 10005**

**Describe debtor's property that is subject to a lien**
**All assets**

Creditor's mailing address

**Describe the lien**
**Subordinated Security Interest**
**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.1 9 | **Fidelity Growth Company K6 Fund** | | $325,074.92 | $32,056,110 |
|---|---|---|---|---|

Creditor's Name

**BNY Mellon**
**PO Box 392002**
**Pittsburgh, PA 15230**

**Describe debtor's property that is subject to a lien**
**All assets**

Creditor's mailing address

**Describe the lien**
**Subordinated Security Interest**
**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 30 of 188

Last 4 digits of account number ___

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| JMorgan Chase Senior Lien Subordinated Noteholders 2nd Lien | ☐ Disputed |

---

| 2.2 0 | **Fidelity Insights-State St Bank** | Describe debtor's property that is subject to a lien **All assets** | $166,277.24 | $32,056,110 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Mutual Funds Lockbox
Attn: Thisbe & Co Fidelity
Insights
Chicago, IL 60675**

Creditor's mailing address

**Describe the lien
Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| JMorgan Chase Senior Lien Subordinated Noteholders 2nd Lien | ☐ Disputed |

---

| 2.2 1 | **Fidelity Mt. Vernon Street Trust** | Describe debtor's property that is subject to a lien **All assets** | $210,196.23 | $32,056,110 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**c/o Brown Brothers
Harriman
Corporate Actions - 140
Broadway
New York, NY 10005**

Creditor's mailing address

**Describe the lien
Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| JMorgan Chase Senior Lien Subordinated Noteholders 2nd Lien | ☐ Disputed |

---

| 2.2 2 | **Fidelity Mt. Vernon Street Trust** | Describe debtor's property that is subject to a lien | $1,142,491.71 | $32,056,110 |
|---|---|---|---|---|

Creditor's Name

**BNY Mellon**
**PO Box 392002**
**Pittsburgh, PA 15230**

Creditor's mailing address

**All assets**

_____

**Describe the lien**
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| JMorgan Chase Senior Lien | ☐ Unliquidated |
| Subordinated Noteholders 2nd Lien | ☐ Disputed |

---

| 2.2 3 | **Fidelity NorthStar Fund - Sub D** | | $22,205.76 | $32,056,110 |

Creditor's Name

**Mutual Funds Lockbox**
**Attn: Thisbe&Co Fidelity**
**NorthStar**
**Chicago, IL 60675**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets**

_____

**Describe the lien**
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| JMorgan Chase Senior Lien | ☐ Unliquidated |
| Subordinated Noteholders 2nd Lien | ☐ Disputed |

---

| 2.2 4 | **Fidelity Sec-Blue Chip Growth Fund** | | $1,136,480.47 | $32,056,110 |

Creditor's Name

**c/o Brown Brothers**
**Harriman**
**Corporate Actions - 140**
**Broadway**
**New York, NY 10005**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets**

_____

**Describe the lien**
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Fidelity Series Blue Chip Growth Fu** | | | |
|---|---|---|---|---|

Creditor's Name

**Mutual Funds Lockbox
Attn: Thisbe & Co: FBO
Blue Chip
Chicago, IL 60675**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$86,043.99     $32,056,110

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Fidelity Special Situtations Fund** | | | |
|---|---|---|---|---|

Creditor's Name

**Mutual Funds Lockbox
Attn: Thisbe & Co. Fidelity
Special
Chicago, IL 60675**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$22,661.21     $32,056,110

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Fidelity U.S. Growth Opportunities** | **Describe debtor's property that is subject to a lien** | $5,288.08 | $32,056,110 |
|---|---|---|---|---|

Creditor's Name

**Mutual Funds Lockbox
Attn: Thisbe&Co Fidelity
US Growth
Chicago, IL 60675**

**All assets**

Creditor's mailing address

**Describe the lien**
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
[✔] No
[ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
[✔] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[ ] No
[✔] Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

**2.2 8**

**JP Morgan Chase Bank, N.A.**

**Describe debtor's property that is subject to a lien**
**All assets**

$10,900,000.00    $32,056,110

Creditor's Name

**c/o Brent McILwain
1722 Routh Street, Suite 1500
Dallas, TX 75201**

Creditor's mailing address

**Describe the lien**
**Senior Security interest**

**Is the creditor an insider or related party?**
[✔] No
[ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
[✔] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[ ] No
[✔] Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check all that apply
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

---

**2.2 9**

**Mike And Hugh's Bike Company, LLC**

**Describe debtor's property that is subject to a lien**
**All assets**

$19,432.50    $32,056,110

Creditor's Name

**c/o Perkins Coie-David Clarke
1201 Third Avenue, Suite 4900
Seattle, WA 98101**

Creditor's mailing address

**Describe the lien**
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
[✔] No
[ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
[✔] No

**Date debt was incurred**

Last 4 digits of account number _____

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | **Mike Radenbaugh** | Describe debtor's property that is subject to a lien | $11,589.04 | $32,056,110 |

Creditor's Name

**PO Box 5041**
**Stateline, NV 89449**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**All assets**

**Describe the lien**
**Subordinated Security Interest**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **MV Direct 3, LLC** | Describe debtor's property that is subject to a lien | $1,085,692.66 | $32,056,110 |

Creditor's Name

**1201 Western Avenue,**
**Suite 406**
**Seattle, WA 98101**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**All assets**

**Describe the lien**
**Subordinated Security Interest**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **Paul D. Hewson** | Describe debtor's property that is subject to a lien | $50,853.13 | $32,056,110 |

Creditor's Name

**Temple Hill, Strathmore Road,**
**Killiney, Co Dublin, A96 K295**
**Ireland**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**All assets**

**Describe the lien**
**Subordinated Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **Serengeti Caracal Master Fund II LP** | | |
|---|---|---|---|

Creditor's Name

**Attn: Albert J. Martinez**
**632 Broadway Ste. 901**
**New York, NY 10012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**    $76,487.67    $32,056,110
**All assets**

**Describe the lien**
**Subordinated Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **The Rise Fund II Radcliffe, L.P.** | | |
|---|---|---|---|

Creditor's Name

**Attn: Off Counsel c/o Nadia Karkar**
**301 Commerce Street, Suite 3300**
**Fort Worth, TX 76102**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**    $3,476,712.33    $32,056,110
**All assets**

**Describe the lien**
**Subordinated Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **Variable Insurance Product Fund III** | | |
|---|---|---|---|

Creditor's Name

**Attn: Trade Securities Processing**
**333 South Wabash Ave, 32nd Floor**
**Chicago, IL 60604**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**Describe debtor's property that is subject to a lien**     $80,708.40     $32,056,110
**All assets**

**Describe the lien**
**Subordinated Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **Variable Insurance Products Fund II** | | |
|---|---|---|---|

Creditor's Name

**c/o Brown Brothers Harriman**
**Corporate Actions - 140 Broadway**
**New York, NY 10005**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**Describe debtor's property that is subject to a lien**     $445,209.24     $32,056,110
**All assets**

**Describe the lien**
**Subordinated Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.37 | **VC Direct No. 1, LLC** | **Describe debtor's property that is subject to a lien** | $761,938.89 | $32,056,110 |

Creditor's Name

**1201 Western Avenue, Suite 406
Seattle, WA 98101**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.38 | **VCVC V LLC** | **Describe debtor's property that is subject to a lien** | $5,794,520.55 | $32,056,110 |

Creditor's Name

**c/o Cercano Management LLC
1110 112th Ave NE, Suite 202
Bellevue, WA 98004**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**Subordinated Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
JMorgan Chase Senior Lien
Subordinated Noteholders 2nd Lien

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $40,905,424 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Cercano Management LLC as Agent**<br>**Attn: General Counsel**<br>**1110 112th Ave NE, Suite 202**<br>**Bellevue, WA 98004** | Line **2.21** | |

25-02183-WLH11   Doc 1   Filed 12/15/25   Entered 12/15/25 11:42:05   Pg 38 of 188

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 39 of 188

Fill in this information to identify the case:

Debtor name **Rad Power Bikes Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WASHINGTON**

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**19 Kent Acquisition LLC**<br>**2929 Arch Street, 28th Floor**<br>**Philadelphia, PA 19104-2868**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$42,240.46** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**2 Wheel Analysis Ltd**<br>**78 Dawson Village Way N**<br>**Suite 140-333**<br>**Dawsonville, GA 30534-7168**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,855.26** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**ABUS USA LLC**<br>**23910 N 19th Ave Suite 56**<br>**Phoenix, AZ 85085**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,403.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Affiliate Partners LLC**<br>**144 W Brigham Rd Ste 8a**<br>**St. George, OR 84790**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,500.00** |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,116.39 |
|---|---|---|---|

**Affirm, Inc.**
**650 California Street, Fl 12**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168,837.84 |
|---|---|---|---|

**AIT Worldwide Logistics, Inc.**
**2 Pierce Place**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.58 |
|---|---|---|---|

**Amazon Business**
**PO Box 035184**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**American Family Mutual**
**a/s/o Colosimo, Barbara, Thomas**
**256 Spring Street**
**St. Paul, MN 55102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**American Strategic Ins. Co.**
**a/s/o McCarty, Richard**
**4525 Fell Mist Way**
**Castle Rock, CO 80109**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,581.26 |
|---|---|---|---|

**AMPACC Law Group, PLLC**
**6100 219th Street SW Suite 580**
**Mountlake Terrace, WA 98043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,893.00 |
|---|---|---|---|

**Andersen Tax**
**2045 rue Stanley, 10th Floor**
**Montreal, QC H3A 2V4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52,938.00** |
|---|---|---|---|
| | **Andersen Tax LLC** | ☐ Contingent | |
| | **333 Bush Street, Suite 1700** | ☐ Unliquidated | |
| | **San Francisco, CA 94104** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,189.00** |
|---|---|---|---|
| | **Arent Fox LLP** | ☐ Contingent | |
| | **PO Box 644672** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15264-4672** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$134,000.00** |
|---|---|---|---|
| | **Automobile Club of SoCal** | ■ Contingent | |
| | **a/s/o Harrison, David, Sandy** | ■ Unliquidated | |
| | **132 E Montecito Street** | ■ Disputed | |
| | **Santa Barbara, CA 93101** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000,000.00** |
|---|---|---|---|
| | **AXA-XL Indian Harbor/CoAction** | ■ Contingent | |
| | **999 Third Avenue Suite 1900** | ■ Unliquidated | |
| | **Seattle, WA 98104** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,353,673.92** |
|---|---|---|---|
| | **Bangkok Cycle Industrial Co., Ltd.** | ☐ Contingent | |
| | **76/2 Moo 8, Oam-Yai, Sampran** | ☐ Unliquidated | |
| | **Nakornpathom 73160** | ☐ Disputed | |
| | **THAILAND** | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,969.50** |
|---|---|---|---|
| | **Barnes & Thornburg LLP** | ☐ Contingent | |
| | **2029 Century Park East, Suite 300** | ☐ Unliquidated | |
| | **Los Angeles, FL 90067** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,718.05** |
|---|---|---|---|
| | **Beehive Fire Investigation LLC** | ☐ Contingent | |
| | **627 K Street** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84103** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22.40 |
|---|---|---|---|

**Beeline Connect, Inc.**
**99 Bank Street, Suite 1420**
**Ottawa ON K1P 1H4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $73,207.95 |
|---|---|---|---|

**BlackCrowAI**
**447 Broadway, Suite 382**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Blue Star Services Group**
**5625 Brisa St. Suite A**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BV Bike Me/M&S Flex**
**Gente Baan 60**
**9100 Sint-Niklaas**
**Belgium**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.49 |
|---|---|---|---|

**Call2Recycle Canada Inc.**
**100 Sheppard Ave East Suite 800**
**Toronto, ON M2N 6N5**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $47,794.34 |
|---|---|---|---|

**Canadian Revenue Agency**
**1128 NW 52nd St Suite 201**
**Seattle, WA 98107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|

**Cannon and Cannon Law PC**
**3381 W Mayflower Way Ste 250**
**Lehl, UT 84048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 43 of 188

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Cellino Law**
**Attn: Stephen Ciocca**
**800 Delaware Avenue**
**Buffalo, NY 14209**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $800,000.00 |
|---|---|---|---|

**Chubb Ins. Co.**
**a/s/o Rebold, Bruce**
**5 North Court**
**Oyster Bay, NY 11771**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $579.47 |
|---|---|---|---|

**Cintas Corporation No. 2**
**9318 Florida Palm Drive**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,687.71 |
|---|---|---|---|

**City of Santa Barbara**
**1128 NW 52nd St Suite 201**
**Seattle, WA 98107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,138,000.00 |
|---|---|---|---|

**Commerce Ins.**
**a/s/o Maimone, Stephen**
**2000 West Park Drive, Suite 100**
**Westborough, MA 01581**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $104,960.00 |
|---|---|---|---|

**Cong Ty TNHH NANG LUONG PYTES**
**Lot G3-1 D3 Road Viet Hoa Duc Hoa**
**III Industrial Park Duc Lap Commune**
**Tay Ninh Province Thailand**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,392.23 |
|---|---|---|---|

**Criteo Canada Corp.**
**100 King Street West, Suite 6200**
**Toronto, ON M5V 1B8**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,025.53 |
|---|---|---|---|

**Criteo Corp**
**PO Box 22764**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $594.00 |
|---|---|---|---|

**CSC Global**
**251 Little Falls Drive**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.17 |
|---|---|---|---|

**Culligan Water Salt Lake City**
**PO Box 65748**
**Salt Lake City, UT 84165-0748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,146.50 |
|---|---|---|---|

**Davis Wright Tremaine LLP**
**Suite 3300**
**920 Fifth Ave**
**Seattle, WA 98107-1610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.72 |
|---|---|---|---|

**DHL Express -USA**
**16592 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,225.00 |
|---|---|---|---|

**Die Haftpflichtkasse**
**Attn: Lena Breitme**
**Darmst dter Str. 103**
**Robdorf, GERMANY 64380-0000**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,310.11 |
|---|---|---|---|

**DoiT International USA Inc**
**5201 Great America Pkwy, Ste 320**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.79 |
|---|---|---|---|

**Dream Industrial LP**
1167 Kensington Cres NW Suite 410
Calgary, AB T2N 1X7
CANADA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225,000.00 |
|---|---|---|---|

**Dutch Express**
164 West 25th Str. 10th FL
New York, NY 10001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,592.00 |
|---|---|---|---|

**e-Performax Centers Inc.**
100 Saddle Springs Blvd.
Thompsons Station, TN 37179

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eastman, Laurie**
369 Marble Creek Ct.
Sunnyvale, TX 75182

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.01 |
|---|---|---|---|

**EcoGREEN Cleaning Inc.**
PO Box 18144 Heritage Mtn
Port Moody, BC V3H 4H0
CANADA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**ElectricBikeReview**
144 W Brigham Rd Ste 8a
St George, UT 84790

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.68 |
|---|---|---|---|

**Enbridge**
PO Box 27031
Richmond, VA 23261-7031

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 46 of 188

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202,187.16 |

**Erie Insurance**
**a/s/o D. Barber**
**586 Springwater Road**
**Glenville, NC 28736**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,856.94 |

**Erie Insurance**
**a/s/o Clayton, John**
**603 Craig Drive**
**Mahomet, IL 61853**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Explosion, Matthew**
**8 Sorenson Court**
**Arlington, MA 02474**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |

**Exponent**
**PO Box 200283**
**Dept 002**
**Dallas, TX 75320-0283**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,982.70 |

**Extend, Inc.**
**440 N Barranca Ave #4904**
**Covina, CA 91723**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Fabian, Sklar King and Liss, P.C**
**33450 W. 12 Mile Roas**
**Farmington Hills, MI 48331**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,559.28 |

**Fasken Martineau DuMoulin LLP**
**550 Burrard Street Suite 2900**
**Vancouver BC V6C1A3**
**CANADA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

25-02183-WLH11   Doc 1   Filed 12/15/25   Entered 12/15/25 11:42:05   Pg 47 of 188

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $297,000.00 |
|---|---|---|---|

**Fedex**
**PO Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $47,463.99 |
|---|---|---|---|

**Fedex Canada**
**PO Box 4626 Toronto STN A**
**Toronto ON M5W 5B4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,127.97 |
|---|---|---|---|

**Feedonomics Holdings, LLC**
**21011 Warner Center Ln**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Findley, Scott**
**5120 IDS Center**
**80 South Eighth Street**
**Minneapolis, MN 55402**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,169.50 |
|---|---|---|---|

**Flexport Customs Canada Inc.**
**2015 Main Street**
**Vancouver BC V5T 3C2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $6,807.92 |
|---|---|---|---|

**Flexport International LLC**
**760 Market Street, 8th Floor**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Florida Family Ins. Co.**
**a/s/o Carballo**
**12620 Gloria Blvd**
**Bokeelia, FL 33922**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 48 of 188

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $34.81 |
|---|---|---|---|

**Fortis BC**
PO Box 6666 Station Terminal
Vancouver BC V6B 6M9
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,542.43 |
|---|---|---|---|

**Front Street Facility Sltns**
4170 Veterans Memorial Hwy
Bohemia, NY 11716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frontline Insurance**
 a/s/o Cobb, Matthew
64 Gulfwinds Drive
Palm Harbor, FL 34683

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,223,881.24 |
|---|---|---|---|

**Fuji-TA Fushida Group Area**
Dongjin Road Junliangcheng Street
Dongli District Tianjin
Tianjin, China   00030-0050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Fuller, Kaylyn**
917 Middlefield Dr
Petaluma, CA 94952

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,018.91 |
|---|---|---|---|

**Gladly Software, Inc.**
423 Broadway, 503
Millbrae, CA 94030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $117,509.38 |
|---|---|---|---|

**Google**
1600 Amphitheatre Pkwy
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 49 of 188

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,200,000.00 |
| --- | --- | --- | --- |

**Gore, Lisa**
**o/b/o James Gore**
**4644 Del Monte Ave.**
**San Diego, CA 92107**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,898.22 |
| --- | --- | --- | --- |

**Grunecker Patent Attorneys**
**Leopoldstraße 4**
**80802 Munich**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,517.02 |
| --- | --- | --- | --- |

**Guardian Security Systems, Inc.**
**1743 First Avenue South**
**Seattle, WA 98134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $42,480.00 |
| --- | --- | --- | --- |

**Hafny Co., Ltd**
**No. 296 Nanbei 4th Road**
**Taichung City, Taiwan, 437**
**TAIWAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,652.50 |
| --- | --- | --- | --- |

**Haynes and Boone, LLP**
**PO Box 841399**
**Dallas, TX 75284-1399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $80,000.00 |
| --- | --- | --- | --- |

**Heartland Mutual**
**a/s/o Pettipas, Ralphs**
**645 East Chezzetcook Rd. E.**
**Chezzetcook, NS B0J 1N0**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |

**Huzovicova, Naomi**
**Attn: Matthew Van Nostrand**
**650 West Georgia Street #2020**
**Vancouver BC V6B 4N7 CANADA**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Name

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,698.23 |

**Impact Tech, Inc.**
223 E. De La Guerra Street
Santa Barbara, CA 93101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |

**Integs Cloud Tech. Private Ltd.**
Plot No.2B Bramhavrund Col.No.1 New
DP Rd Vishal Nagar Pimple Nilakh
Pune Maharashtra 411027 INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $294.10 |

**Iuvo Industry Co., Ltd.**
No. 460-1 Zhongsan Road Sec. 1
Tachia Dist.
Taichung City 437 TAIWAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jacqueline Leshan Pier**
People's Law Firm/S. Benedetto
4475 Mission Blvd. #238
San Diego, CA 92109

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |

**Jay, Steve**
3930 Carson Cutoff
Augusta, GA 30907

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $646,763.80 |

**Jinhua Jobo Technology Co Ltd**
No. 1398 Shenli Road, Qiubin
Industrial Park, Zhejiang
China

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194,124.90 |

**Jinhua Vision Industry Co., Ltd.**
No. 3777 King-Ding Road Jiangdong
Industrial Zone, Jindong District
Jinhua ZheJiang Province China

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,414,355.71 |
|---|---|---|---|
| | **Jinhua Vision Industry Co., Ltd.**<br>**No. 3777 King-Ding Road Jiangdong**<br>**Industrial Zone JinDong District**<br>**Jinhua ZheJinag Province China** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $915.42 |
|---|---|---|---|
| | **Keter Environmental Services, LLC**<br>**P.O. Box 417468**<br>**Boston, MA 02241-7468** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,404.07 |
|---|---|---|---|
| | **King-Meter Technology Co., Ltd**<br>**No.15 Chenchang Rd**<br>**Beichen District 300134**<br>**Tianjin, China** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,470.40 |
|---|---|---|---|
| | **Kunshan Chengyang Metal Co., LTD**<br>**No.2 HuXiang Road**<br>**KunShan City, Jiangsu, China**<br>**Suzhou 215300** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218,992.00 |
|---|---|---|---|
| | **Kunshan Julet Electronics Co LTD**<br>**No. 2 Bldg 3, No 888 Pengging Rd**<br>**Huaqiao Town Kunshan City**<br>**Jiangsu Province  China** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,375.92 |
|---|---|---|---|
| | **Lindsay, David**<br>**13823 NE 76th St.**<br>**Redmond, WA 98052** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|
| | **Luck, Susan**<br>**Att: Nathan Langston, Jantz Johnson**<br>**301 N. 200 E. Suite 3C**<br>**St. George, UT 84770** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | $141,117.13 |

**Macfix E&D Trd. Grp. Inc.**
**NO.88 Chenggong Rd.**
**ECONOMIC DEVELOPMENT ZONE**
**JIASHAN, Hong Kong 999077**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | $284,130.87 |

**Meta Platforms, Inc.**
**15161 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | $4,342.42 |

**Microsoft Online, Inc**
**6880 Sierra Center Pkwy**
**Reno, NV 89511**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | $4,922.79 |

**Minister of Revenue of Quebec rue**
**de Marly C.P. 25555, succursale**
**Terminus Quebec**
**(Quebec) G1A 1B9**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** | $1,246.13 |

**Ministry of Finance Revenue**
**Room 312, 2405 Lesiglative Drive**
**Regina SK S4S 0B3**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** | $0.01 |

**Minuteman Press Vancouver**
**181 West 6th Ave**
**Vancouver, BC V5Y 1K3**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address** | $200,000.00 |

**Monarch National Ins. Co.**
**a/s/o Campbell, Demond**
**10094 Chesapeake Bay Dr.**
**Fort Myers, FL 33913**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 53 of 188

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00** |
|---|---|---|---|

Morehead, Todd
obo minor Summer Morehead
3015 Anabella
San Clemente, CA 92673

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$329,464.00** |
|---|---|---|---|

N and J Enterprise Co., LTD.
Hallmark Bldg. 227 Old Airport Rd.
The Valley, Anguilla, B.W.I
Hong Kong AI2640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,359.20** |
|---|---|---|---|

Narvar, Inc.
3 East Third Ave., Suite 211
San Mateo, CA 94401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,173.00** |
|---|---|---|---|

Ocean Network Express
PTE LTD
8730 Stony Point Parkway, Suite 400
Richmond, VA 23235

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135,519.58** |
|---|---|---|---|

Oracle, Dext Capital, LLC
5500 Meadows Road
Lake Oswego, OR 97035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Osayande, Victor
353 Lexington Avenue, Suite 904
New York, NY 10016

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64.14** |
|---|---|---|---|

PC Group Retail LLC
560 Mission Street, 10th Floor
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 54 of 188

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Penta Expertise & Consult**
**Gente Baan 60**
**9100 Sint-Niklaas**
**Antwerp Belgium**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48,900.00 |
|---|---|---|---|

**Pompilus, Pradell**
**214 Scott Street**
**Easton, PA 18042**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,835.87 |
|---|---|---|---|

**PTC INC**
**121 Seaport Blvd, Suite 1700**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,112.15 |
|---|---|---|---|

**Quality Bicycle Products**
**6400 West 105th Street**
**Bloomington, MN 55438-2554**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,590.00 |
|---|---|---|---|

**Redwood Materials**
**2800 Lockheed Way**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robles, Ann**
**C/O Mercury Insurance**
**P.O. Box 10730**
**Santa Ana, CA 92711**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $292.91 |
|---|---|---|---|

**Rocky Mountain Power**
**PO Box 26000**
**Portland, OR 97256-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 55 of 188

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rodriguez, Marshall**
11706 Bellflower Blvd. Unit B
Downey, CA 90241

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Roussel, Charles**
62 Hausman Street, #3
New York, NY 11222

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$513,000.00** |
|---|---|---|---|

**SageSure Ins.**
**a/s/o Bedel, Athony**
1032 Annerley Rd.
Piedmont, CA 94610

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sean Milligan**
**Mortesen & Milne/R. Rose**
68 S. Main St. #700
Salt Lake City, UT 84101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$146,828.13** |
|---|---|---|---|

**SEKO**
1100 Arlington Heights Road
Itasca, IL 60143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$670,087.74** |
|---|---|---|---|

**Settlement Payments**
76/2 Moo 8 Oam-Yai
Sampran Nakornpathom
73160 Thailand

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,709.36** |
|---|---|---|---|

**Shanghai CIIC Overseas Empl Svc**
18th Floor CIIC Building 9299 Humin
Road, XuHui District Shanghai
Shanghai 200235 China   00020-0030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,676.20 |
|---|---|---|---|

**Shanghai PYTES Energy Co, Ltd**
**No.3492 Jinqian Road**
**Fengxian District**
**Shanghai China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,517.00 |
|---|---|---|---|

**Shanghai PYTES Energy Co., Ltd.**
**No.3492 Jinqian Road**
**Fengxian District**
**Shanghai, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,286.53 |
|---|---|---|---|

**Shezhen Gub Bike Trdg. Co 201 No**
**32-1 Yanhe Road Rucheng Community**
**Square Guanhu Street Longhua Dist**
**Shenzhen Guangdong 518100 China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,369.69 |
|---|---|---|---|

**Solutions Granted Inc**
**14017 Telegraph Road**
**Woodbridge, VA 22192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,500.00 |
|---|---|---|---|

**SR Suntour NA Inc**
**7509 S. 5th Street**
**STE 124**
**Ridgefield, WA 98642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Starke, David**
**Attn: Stephen Ciocca**
**800 Delaware Avenue**
**Buffalo, NY NY**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,000.00 |
|---|---|---|---|

**State Farm**
**a/s/o Ellefson, Sarah**
**39 Wellington Lane**
**Edwards, CO 81632**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**State Farm**
a/s/o Majdy, Joudeh
8010 Kirkcaldy Ct.
Palos Heights, IL 60463

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,153.76** |

**State Farm**
a/s/o Sayre, Elizabeth
2838 Atwell Ave
Oakland, CA 94601

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90,000.00** |

**State Farm**
a/s/o Schoenfeld, Mark
4050 Edgewood Dr.
Missoula, MT 59802

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**State Farm**
a/s/o Jonathan Miles
102 S. 200 East #800
Salt Lake City, UT 84111

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**State Farm Insurance**
Attn: Charles Cain
P.O. Box 106169
Atlanta, GA 30348

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61,192.02** |

**Steele Street Co LLC**
222 SW Columbia Street Suite 700
Portland, OR 97201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Stephens, Shannon**
The Kress Building
301-19th Street North
Birmingham, AL 35203

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,360.16 |
|---|---|---|---|

**Suzhou Shingesun Science Tech.**
No. 78, Tinghe Road, SIP
Sushou
China

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,270.00 |
|---|---|---|---|

**Sweeney Conrad, P.S.**
10210 NE Points Dr., Suite 300
Kirkland, WA 98033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184.10 |
|---|---|---|---|

**Telus**
PO Box 8950
STN Terminal
VANCOUVER, BC V6B 3C3

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Traub, Ronald**
74 E. Prospect St.
Ventura, CA 93001

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,812.36 |
|---|---|---|---|

**U-Power Collection Enterprise**
No 30 Lane 219 Shihoo Road
Tali District
Taichung, Taiwan

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,363,748.50 |
|---|---|---|---|

**U.S Customs and Border Protection**
1000 Second Avenue, Suite 2100
Seattle, WA 98104

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,085.97 |
|---|---|---|---|

**United Health Care**
9700 Health Care Lane
Hopkins, MN 55343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Unwrap.ai**
**3741 Mariana Way Unit A**
**Santa Barbara, CA 93105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**US Consumer Prot. Safety Comm.**
**Attn: Joseph Kessler**
**4330 East West Hwy**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,161.11 |
|---|---|---|---|

**US Customs and Border Protection**

**6650 Telecom Drive, Ste 100**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,990.14 |
|---|---|---|---|

**USAA**
**a/s/o Parra, David**
**7557 Westbrook Ave.**
**San Diego, CA 92139**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132,000.00 |
|---|---|---|---|

**USAA**
**a/s/o Powell, Danica**
**155 Trafalgar Lane**
**San Clemente, CA 92672**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,666.66 |
|---|---|---|---|

**User Friendly Technology**
**407 S. Mansfield Avenue**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wagner, Julie/Sausalito Bike**
**Venardi Zurada LLP**
**101 Ygnacio Valley Road, Suite 100**
**Walnut Creek, CA 94596**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

25-02183-WLH11   Doc 1   Filed 12/15/25   Entered 12/15/25 11:42:05   Pg 60 of 188

| | | |
|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.12** |

**WestCoast Plastic Recycling Inc**
**10-102800 Bathgate Way**
**Richland, BC V6V 1Z4**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |

**Western National Insurance**
**Attn: Benjamin Sorenson**
**220 South Sixth Street**
**Minneapolis, MN 55402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$237,469.74** |

**Whole Foods**
**c/o Chartwell Law**
**One Battery Park Plaza, Suite 710**
**New York, NY 10004**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Wiggins Childs Pantazis**
**Fisher Goldfarb LLC**
**301 19th Street North**
**Birmingham, AL 35203**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$23,039.50** |

**Wilson Sonsini Goodrich & Rosati**
**PO Box 742866**
**Los Angeles, CA 90074-2866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$32,501.00** |

**Woodruff-Sawyer & Company**
**50 California Street, 12 Floor**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$32,184.36** |

**Wuxi Thai-Racing Trade Co., LTD.**
**No. 162 Donglang Road Yangjian**
**Town, Wuxi**
**Jiangsu China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,943.69 |
|---|---|---|---|

**Yotpo Inc.**
**400 Lafayette Street 4th Floor**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $860.00 |
|---|---|---|---|

**Young, Darryl**
**325 Brighton Avenue Apt 314**
**San Francisco, CA 94112**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $443.69 |
|---|---|---|---|

**Zhong Lun Law Firm 22-31/F, South**
**Tower Building 3 Zhengda Center**
**No 20 Jinhe East Road Chaoyang**
**District Beijing China 100020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**     **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bay Legal PC**<br>**3790 El Camino Real #211**<br>**Palo Alto, CA 94306** | Line **3.134**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Beck, Payne, Frank & Piper PC**<br>**Attn: Adrian Tilley**<br>**3025 S. ParkerRoad, Suite 200**<br>**Aurora, CO 80014** | Line **3.123**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Bhurtel Law PLLC**<br>**353 Lexington Avenue, Suite 904**<br>**New York, NY 10016** | Line **3.101**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Blain Law APC**<br>**30950 Rancho Viejo Road, Suite 120**<br>**San Juan Capistrano, CA 92675** | Line **3.96**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Blain Law APC**<br>**30950 Rancho Viejo Road, Suite 120**<br>**San Juan Capistrano, CA 92675** | Line **3.96**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Butler Weihmuller Katz Craig**<br>**Attn: Matthew Peaire**<br>**400 North Ashley Drive, Suite 2300**<br>**Tampa, FL 33602** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Cellino Law**<br>**Attn: Stephen Ciocca**<br>**800 Delaware Avenue**<br>**Buffalo, NY 14209** | Line **3.122**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Clerkin Sinclair & Mahfouz LLP**<br>**3333 Camino Del Rio South Suite 120**<br>**San Diego, CA 92108** | Line **3.142**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **DSB Investments**<br>**16100 Linden Avenue N**<br>**Seattle, WA 98133** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Eustace Prezioso & Yapchanyk**<br>**55 Water Street 28th Floor**<br>**New York, NY 10041** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **EXL Service**<br>**20 Church Street, Suite 1600**<br>**Hartford, CT 06103** | Line **3.141**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Family Insurance Services**<br>**12574 Flagler Center Blvd Suite 300**<br>**Jacksonville, FL 32258** | Line **3.60**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Fox Rothschild**<br>**John Reis**<br>**101 S. Tryon Street Suite 1700**<br>**Charlotte, NC 28280** | Line **3.47**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Frontline Insurance**<br>**PO Box 958405**<br>**Lake Mary, FL 32795-8405** | Line **3.63**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Grelish Law PLLC**<br>**1606 148th Avenue SE Suite 200**<br>**Bellevue, WA 98007** | Line **3.43**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Grotefeld Hoffmann**<br>**Attn: Michael J. Scola**<br>**407 South Third Street Suite 200**<br>**Geneva, IL 60134** | Line **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Grotefeld Hoffmann**<br>**Attn: Joseph Suareo III**<br>**407 South Third Street, Suite 200**<br>**Geneva, IL 60134** | Line **3.124**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Grotefeld Hoffmann**<br>**700 Larkspur Landing Circle**<br>**Suite 280**<br>**Larkspur, CA 94939** | Line **3.125**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Heartland Mutual Insurance**<br>**100 Erb St. E**<br>**Waterloo, ON N2J 1L9** | Line **3.73**<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.20 | **Kelly Law**<br>**402 West Broadway #400**<br>**San Diego, CA 92101** | Line **3.65**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Kramer Dunleavy & Ratchik PLLC**<br>**15 Maiden Lane, Suite 2005**<br>**New York, NY 10038** | Line **3.111**<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Law Office of Lori Jones Blangger**<br>**PO Box 54660**<br>**Cincinnati, OH 45254** | Line **3.95**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Macmillan Scholz & Marks LLC**<br>**4640 S. Macadam Avenue, Suite 100**<br>**Portland, OR 97239** | Line **3.126**<br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Mazzocca & Associates**<br>**Attn: Amanda Coutu**<br>**2000 West Park Drive, Suite 100**<br>**Westborough, MA 01581** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.25 | **McMullin Injury Law PLLC**<br>**Attn: Nathan Langston**<br>**301 N. 200 E. Suite 3C**<br>**St. George, UT 84770** | Line **3.88**<br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Mercury Insurance**<br>**Ann Robles**<br>**P.O. Box 10730**<br>**Santa Ana, CA 92711** | Line **3.110**<br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Morgan & Morgan**<br>**Attn: William Compton**<br>**501 Riverside Dr., Suite 1200**<br>**Jacksonville, FL 32202** | Line **3.79**<br>☐ Not listed. Explain ____ | _ |
| 4.28 | **Murphy Battista LLP**<br>**Attn: Matthew Van Nostrand**<br>**650 West Georgia Street #2020**<br>**Vancouver BC V6B 4N7 CANAD** | Line **3.74**<br>☐ Not listed. Explain ____ | _ |
| 4.29 | **Parker Stanbury LLP**<br>**444 S. Flower Street 19th Floor**<br>**Los Angeles, CA 90071** | Line **3.153**<br>☐ Not listed. Explain ____ | _ |
| 4.30 | **Quantum Subro**<br>**Attn: Max Kramer**<br>**One Town Square**<br>**Hartford, CT 06183** | Line **3.112**<br>☐ Not listed. Explain ____ | _ |
| 4.31 | **Schwebel Goetz & Sieben**<br>**5120 IDS Center**<br>**80 South Eighth Street**<br>**Minneapolis, MN 55402** | Line **3.57**<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.32 | **Stein Adler Dabah Zelkowitz**<br>**936 Broadway**<br>**5th Floor**<br>**New York, NY 10010** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.33 | **Straus Meyers LLP**<br>**Attn: Judith McAulay**<br>**225 Broadway, Suite 1550**<br>**San Diego, CA 92101** | Line **3.68**<br><br>☐ Not listed. Explain ____ | _ |
| 4.34 | **Stutman Law**<br>**Attn: Melisa Iozzi**<br>**500 Office Center Dr., Suite 301**<br>**Fort Washington, PA 19034** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.35 | **WA Attorney General**<br>**Consumer Protection**<br>**800 5th Ave  #2000**<br>**Seattle, WA 98104** | Line **3.87**<br><br>☐ Not listed. Explain ____ | _ |
| 4.36 | **Wiggins Childs Pantazis**<br>**Fisher Goldfarb LLC**<br>**301 19th Street North**<br>**Birmingham, AL 35203** | Line **3.130**<br><br>☐ Not listed. Explain ____ | _ |
| 4.37 | **Wood Smith Henning & Berman LLP**<br>**1401 Willow Pass Road, Suite 700**<br>**Concord, CA 94520** | Line **3.144**<br><br>☐ Not listed. Explain ____ | _ |
| 4.38 | **Yost & Baill LLP**<br>**Attn: Benjamin Sorenson**<br>**220 South Sixth St. Suite 2050**<br>**Minneapolis, MN 55402** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.39 | **Yost & Baill LLP**<br>**Attn: Benjamin Sorenson**<br>**220 South Sixth St. Suite 2050**<br>**Minneapolis, MN 55402** | Line **3.146**<br><br>☐ Not listed. Explain ____ | _ |
| 4.40 | **Zisson & Jacobs LLP**<br>**Attn: Seth Jacobs**<br>**92 State Street, 4th Fl.**<br>**Boston, MA 02109** | Line **3.49**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**　**Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. | + $ | **31,865,119.61** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | **31,865,119.61** |

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Brooklyn Lease**<br><br>State the term remaining    **78 months**<br><br>List the contract number of any government contract | **19 Kent Acquisition LLC**<br>**19-33 Kent Ave**<br>**Brooklyn, NY 11249** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Cyberliability**<br><br>State the term remaining<br><br>List the contract number of any government contract | **AIG Specialty Insurance Company** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **AIT Worldwide Logistics B.V.**<br>**Changiweg 3**<br>**Rozenburg**<br>**Netherlands 1437EP** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **D&O Excess Policy**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Axis** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Equity Management Platform** | |
|---|---|---|---|
| | State the term remaining | **12 months** | **Carta**<br>**333 Bush St**<br>**Suite 2300**<br>**San Francisco, CA 94104** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **San Diego Retail Lease** | |
|---|---|---|---|
| | State the term remaining | **9 months** | **CCC Beverage Company, LLC**<br>**535 Florence Street**<br>**Imperial Beach, CA 91932** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Integration Application** | |
|---|---|---|---|
| | State the term remaining | **1.5 months** | **Celigo**<br>**3 Lagoon Drive**<br>**Suite 130**<br>**Redwood City, CA 94065** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **Convex Express Policy** | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Communication Platform** | |
|---|---|---|---|
| | State the term remaining | **10 months** | **Dialpad**<br>**2700 Camino Ramon**<br>**Suite 490**<br>**Sam Ramon, CA 94583** |
| | List the contract number of any government contract | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Subsidiary of Port Logistics Group (Ryder)** | |
|---|---|---|---|
| | State the term remaining | | **DSJ Acquisition, LLC** |
| | List the contract number of any government contract | | **288 Mayo Avenue**<br>**City of Industry, CA 91789** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Recall Insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dual North America-Recall Insurance** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **St. Pete's Retail Lease** | |
|---|---|---|---|
| | State the term remaining | **94 months** | **GL South Shore LLC**<br>**Levelan Management Co.** |
| | List the contract number of any government contract | | **2400 5th Ave South, Units B & C**<br>**St. Petersburg, FL 33712** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Service Platform** | |
|---|---|---|---|
| | State the term remaining | **16 months** | **Gladly** |
| | List the contract number of any government contract | | **423 Broadway, 503**<br>**Millbrae, CA 94030** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Shasta Corporate Office Lease** | |
|---|---|---|---|
| | State the term remaining | **48 months** | **Hatch Family Properties** |
| | List the contract number of any government contract | | **1121 NW 52nd Street**<br>**Seattle, WA 98107** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Berkeley Retail Lease** | |
|---|---|---|---|
| | State the term remaining | **14 months** | |
| | List the contract number of any government contract | | **John Gordon**<br>**2734 San Pablo Ave**<br>**Berkeley, CA 94702** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **E-Commerce Platform** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Klaviyo**<br>**125 Summer St**<br>**Floor 6**<br>**Boston, MA 02111** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease**<br>**Brooklyn** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kumospace, Inc. dba Fonzi.AI**<br>**25 Kent Avenue**<br>**Brooklyn, NY 11249** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Experience Platform** | |
|---|---|---|---|
| | State the term remaining | **7.5 months** | |
| | List the contract number of any government contract | | **Narvar**<br>**3 East 3rd Ave**<br>**Suite 211**<br>**San Mateo, CA 94401** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **NetSuite ERP** | |
|---|---|---|---|
| | State the term remaining | **27 months** | |
| | List the contract number of any government contract | | **NetSuite**<br>**2300 Oracle Way**<br>**Austin, TX 78741** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **Cargo STP** |
| State the term remaining | |
| List the contract number of any government contract | **Ocean Marine Open Cargo** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Huntington Beach Retail Lease** |
| State the term remaining | **80 months** — **PC Group Retail LLC 21010 Pacific Coast Highway Suite A100 Huntington Beach, CA 92648** |
| List the contract number of any government contract | |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest | **San Diego Forklift Lease** |
| State the term remaining | **9 months** |
| List the contract number of any government contract | **Raymond Leasing Corporation 535 Florence Street Imperial Beach, CA 91932** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest | **St. Pete Forklift Lease** |
| State the term remaining | **17 months** |
| List the contract number of any government contract | **Raymond Leasing Corporation 2400 5th Ave South Units B & C St. Petersburg, FL 33712** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest | **Santa Barbara Retail Lease** |
| State the term remaining | **90 months** |
| List the contract number of any government contract | **Sandpiper Prop Mgmt Inc. 132 E. Montecito St Santa Barbara, CA 93101** |

25-02183-WLH11   Doc 1   Filed 12/15/25   Entered 12/15/25 11:42:05   Pg 70 of 188



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Shopify Platform**

State the term remaining

List the contract number of any government contract

Shopify
151 O'Connor St.
Ground Floor
Ottawa, ON K2P 2L8

---

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Cloud Based Data Platform**

State the term remaining — **5 months**

List the contract number of any government contract — **No**

Snowflake
PO Box 734951
Dallas, TX 75373

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **SLC Retail Lease**

State the term remaining — **78 months**

List the contract number of any government contract

Soundco Properties Ltd
2107 South 700 East
Suite B
Salt Lake City, UT 84106

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **D&O Insurance Policy No. 1000624462251**

State the term remaining

List the contract number of any government contract

Starr Indemnity & Liability Co.

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Denver Retail Lease**

State the term remaining — **104**

List the contract number of any government contract

Steele Street Co LLC
3863 Steele Street
Suite 1278
Denver, CO 80205

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest — **CGL** | |
| State the term remaining | |
| List the contract number of any government contract | **The Hartford** |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest — **Excess Policy** | |
| State the term remaining | |
| List the contract number of any government contract | **The Hartford** |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest — **Property Insurance** | |
| State the term remaining | |
| List the contract number of any government contract | **The Hartford** |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Auto** | |
| State the term remaining | |
| List the contract number of any government contract | **The Hartford** |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest — **Workers Compensation** | |
| State the term remaining | |
| List the contract number of any government contract | **The Hartford** |

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 72 of 188

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **AP Automation Platform** | |
|---|---|---|---|
| | State the term remaining | | **Tipalti** |
| | List the contract number of any government contract | | **1051 E. Hillside Blvd Suite 600 Foster City, CA 94404** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Canada CGL** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Unique Risks Ltd (Trisura)** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Canada Warehouse Space** | |
|---|---|---|---|
| | State the term remaining | | **Vertex Logical Solutions Inc.** |
| | List the contract number of any government contract | | **1127 Derwent Way Delta, BC V3M 5R4** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Canada Retail Lease** | |
|---|---|---|---|
| | State the term remaining | **55 months** | |
| | List the contract number of any government contract | **No** | **Warrington PCI 275 W 5th Ave Vancouver, BC V5Y 1J3** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Seattle Retail Lease** | |
|---|---|---|---|
| | State the term remaining | **48 months** | |
| | List the contract number of any government contract | **No** | **West Woodland Business Center LLC 1128 NW 52nd Street Seattle, WA 98107** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Trinity Warehouse Lease** | |
| --- | --- | --- | --- |
| | State the term remaining | **48 months** | |
| | List the contract number of any government contract | | **West Woodland Business Center LLC**<br>**1134 NW 52nd Street**<br>**Seattle, WA 98107** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **D&O Excess Policy** | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Zurich** |

**Fill in this information to identify the case:**

Debtor name: **Rad Power Bikes Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ **No.** Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ **Yes**

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ / Street _____ / City State Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ / Street _____ / City State Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ / Street _____ / City State Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ / Street _____ / City State Zip Code | | _____ | ☐ D ☐ E/F ☐ G |

25-02183-WLH11   Doc 1   Filed 12/15/25   Entered 12/15/25 11:42:05   Pg 75 of 188

Fill in this information to identify the case:

Debtor name  **Rad Power Bikes Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$63,326,482.86** |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$103,845,149.28** |
   | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$129,828,790.57** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Stephanie Roberts**<br><br>**Former CFO** | **Payments since 12/01/2024** | **$289,410.92** | **Exp. Reimbursement: $1,908.32**<br>**Contract Labor: $287,502.00** |
| 4.2.    **Phil Molyneaux**<br><br>**Former CEO** | **Payments since 12/01/2024** | **$461,900.93** | **Exp. Reimbursement: $1,515.41**<br>**Salary: $460,384.62** |
| 4.3.    **Batur Oktay**<br><br>**Former Vice President of Legal** | **Payments since 12/01/2024** | **$46,528.38** | **Exp. Reimbursement: $5,924.52**<br>**Salary: $40,603.86** |
| 4.4.    **Helen Cho**<br><br>**General Counsel** | **Payment since 12/01/2024** | **$259,518.80** | **Exp. Reimbursement: $6,934.08**<br>**Salary: $252,584.72** |
| 4.5.    **Angy Smith**<br><br>**CEO** | **Payments since 12/01/2024** | **$185,903.63** | **Exp. Reimbursement: $1,288.28**<br>**Salary: $184,615.35** |
| 4.6.    **Kathi Lentzsch**<br><br>**Former CEO** | **Payments since 12/01/2024** | **$472,607.85** | **Exp. Reimbursement: $108.00**<br>**Salary: $472,499.85** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
   in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jim and Shirley Blackburn et al. v. Liberty Mutual Group Inc., American Economy Ins. Co., Rad Power Bikes Inc.**<br>**23-CI-01099** | **Claim for property damage due to alleged thermal event.**<br>**Dismissed with prejudice.** | **Commonwealth of Kentucky Pike Circuit Co** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.2. | **Larry and Nancy Bordine v. Rad Power Bikes Inc.**<br>**24-37058** | **Claim for property damage due to alleged thermal event.**<br>**Dismissed with prejudice.** | **Circuit Court for the County of Grant**<br>**State of Michigan** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.3. | **Robert Conohan v. Rad Power Bikes Inc.**<br>**2:25-cv-00106** | **Alleged violation of California Trap and Trace Law.**<br>**Dismissed with prejudice.** | **United States District Court**<br>**Central District of California** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.4. | **Dutch Express, LLC v. Rad Power Bikes Inc.**<br>**1:24-cv-00703-DEH** | **Claim for damages due to alleged thermal event.**<br>**Dismissed with prejudice.** | **United States District Court**<br>**Southern District of New York** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.5. | **Allstate New Jersey Property & Casualty Insurance Co. a/s/o Nicholas Gorski v. Rad Power Bikes Inc.**<br>**UNN-L-004689-24** | **Claim for property damage due to alleged thermal event.**<br>**Dismissed with prejudice.** | **Superior Court of New Jersey**<br>**Union County** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.6. | **Robert and Chris Hernandez v. Rad Power Bikes Inc.**<br>**25BFSC00327** | **Small claims suit for property damage due to alleged thermal event.** | **Small Claims Court Los Angeles County**<br>**Superior Court of California** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.7. | **Kevin Hurley and Maryolga Gonzalez Najera v. Rad Power Bikes Inc**<br>**CV-24-00725758** | **Claim for property damage due to alleged thermal event.**<br>**Dismissed with prejudice.** | **Ontario Superior Court of Justice** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.8. | **In the Matter of Arbitration of Jayal Knight Gaines v. Rad Power Bikes Inc.**<br>**N/A** | **Alleged claim under California Invasion of Privacy Act.**<br>**Dismissed with prejudice.** | **Arbitration** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 78 of 188

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.9. | **Rad Power Bikes Inc. v. LINKA Technologies LLC et al.**<br>**22CV019759** | **Cross claims for breach of contract.** | **Superior Court of California County of Los Angeles** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10 | **Loren Martin v. Rad Power Bikes Inc.**<br>**23PSCV03870** | **Personal injury. Dismissed with prejudice.** | **Superior Court of California County of Los Angeles** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.11<br>. | **Gary Mason v. Rad Power Bikes Inc.**<br>**2:23-cv-01446** | **Personal injury. Dismissed with prejudice.** | **U.S. District Court Western D. WA** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.12<br>. | **Susan Miller v. Rad Power Bikes Inc.**<br>**CV2023-008435** | **Claim for property damage due to alleged thermal event. Dismissed with prejudice.** | **Superior Court of the State of Arizona County of Maricopa** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.13<br>. | **Anthony Reyna v. Rad Power Bikes Inc.**<br>**CGC-23-606005** | **Personal injury.** | **Superior Court of California City and County of San Francisco** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14<br>. | **Timothy Rich and Tamlin Cooper v. Rad Power Bikes Inc**<br>**S-237823** | **Claim for propert damages and personal injury due to alleged thermal event. Dismissed with prejudice.** | **Supreme Court of British Columbia** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.15<br>. | **State Farm Fire and Casualty a/s/o Doug Sims v. Rad Power Bikes Inc.**<br>**250800630** | **Claim for property damage due to alleged thermal event. Dismissed with prejudice.** | **Second District Court, State of Utah Davis County, Farmington Department** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.16<br>. | **Michael and Kathy Wedge and Progressive American Ins. Co. v. Rad Power Bikes and Great American Ins. Co.**<br>**824-028** | **Claim for property damage and personal injury due to alleged thermal event. Dismissed with prejudice.** | **24th Judicial District Court Parish of Jefferson State of Louisiana** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17<br>. | **State Farm Fire and Casualty a/s/o Sylvan and Sarah Ellefson v. Rad Power Bikes Inc.**<br>**2025CV030180** | **Claim for property damage due to alleged thermal event. Dismissed with prejudice.** | **District Court, Eagle County State of Colorado** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>. | **Naomi Magdalene Huzovicova v. Rad Power Bikes Inc.**<br>**VLC-S-S-238248** | **Personal injury.** | **Supreme Court of British Columbia** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.19. | **Steve Jay v. Rad Power Bikes Inc., Savannah Rapids Kayak Rental, LLC, Outspokin LLC**<br>**2025RCCV00080** | **Personal injury,** | **Superior Court of Richmond County State of Georgia** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **Susan and Michael Luck v. Zion Quest, LLC, Outta Here Ebikes, Velofix and Rad Power Bikes Inc.**<br>**230500892** | **Personal injury.** | **Fifth Judicial District Court State of Utah Washington County** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **Commerce Insurance Company a/s/o Stephen Maimone v Rad Power Bikes Inc.**<br>**2485CV00310** | **Claim for property damage due to alleged thermal event.** | **Commonwealth of Massachusetts Superior Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **Summer Morehead and Todd Morehead v. Rad Power Bikes Inc.**<br><br>**30-2024-01399741-CU-PL-CJC** | **Personal injury.** | **Superior Court of the State of CA County of Orange** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | **Victor Osayande v. 250 East 57th Street, LLC, et al.**<br>**151012/2024** | **Personal injury** | **Supreme Court of the State of New York County of New York** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **Charles Roussel v. Rad Power Bikes Inc.**<br>**518692/2025** | **Personal injury.** | **Supreme Court of the State of New York County of Kings** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | **State Farm General Ins. Co. a/s/o Elizabeth Sayre v. Rad Power Bikes Inc.**<br>**25CV105762** | **Claim for property damage due to alleged thermal event.** | **Superior Court of California County of Alameda** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. | **Ronald Traub v. Rad Power Bikes Inc.**<br>**2025SCO46181** | **Small Claims suit for property damage due to alleged thermal event.** | **Superior Court of California County of Ventura** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. | **Julie Wagner v. Sausalito Bike Rentals et al.**<br>**CV0003629** | **Personal injury.** | **Superior Court for State of CA County of Marin** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **People For Bikes**<br>**1911 11th Street.**<br>**Boulder, CO 80302** | **$20,000**<br>**$20,000**<br>**$20,000**<br>**$20,000**<br>**$20,000**<br>**$20,000**<br>**$20,000** | **11/15/2023**<br>**01/17/2024**<br>**06/05/2024**<br>**10/29/2024**<br>**12/04/2024**<br>**05/06/2025**<br>**08/06/2025** | **$140,000.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **JE53669 - Refund for 2021 cyber attack** | **$100,000.00** | **2021** | **$100,000.00** |
| **JE53410 - Refund for Wagon 4 Recall Insurance** | **$1,642,626.00** | **10/2024** | **$1,642,626.00** |
| **JE53527 - Refund for Wagon 4 Recall Insurance** | **$357,374.00** | **11/2024** | **$357,374.00** |

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bush Kornfeld LLP**<br>**601 Union St., #5000**<br>**Seattle, WA 98101-2373** | **$ 19,968.88**<br>**$   2,980.69**<br>**$ 15,180.00**<br>**$ 49,017.34**<br>**$114,445.08** | **08/21/2025**<br>**09/15/2025**<br>**10/20/2025**<br>**11/14/2025**<br>**12/09/2025**<br>**12/15/2025** | **$280,435.49** |
| | Email or website address<br>**bskd.com** | | | |
| | Who made the payment, if not debtor? | | | |

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 81 of 188

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Hilco Corporate Finance LLC** | | **11/25/2025** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **The Stapleton Group**<br>**514 Via La Valle**<br>**Solana Beach, CA 92075** | $46,768.28<br>$10,717.20 | 12/11/2025<br>12/15/2025 | $57,485.48 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.   **1128 NW 52nd St.**<br>**Suite 200**<br>**Seattle, WA 98107** | **01/01/2019 - 9/30/2024** |

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

■   No. Go to Part 9.
☐   Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐   No.
■   Yes. State the nature of the information collected and retained.

**Email Address**
**Shipping Address (if goods are shipped)**
**Billing Address (if different from shipping address)**
**Phone Number**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐   No. Go to Part 10.
■   Yes. Does the debtor serve as plan administrator?

     ☐ No Go to Part 10.
     ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Rad Power Bikes 401(k) Plan** | EIN:   **47-3439648** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Rabobank**<br>**Croeselaan 18**<br>**3521 CB Utrecht**<br>**The Netherlands** | **XXXX-8941** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **01/10/2025**<br>**[Euros]** | **$72.50** |

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 83 of 188

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Rabobank**<br>**60 London WAll**<br>**London EC2M 5AA**<br>**United Kingdom** | **XXXX-8941** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **01/10/2025**<br>**[Pound Sterling]** | **$350.76** |
| 18.3. | **JP Morgan Chase**<br>**3424 Peachtree Road NE**<br>**Ste 2150**<br>**Atlanta, GA 30326** | **XXXX-3080** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **12/19/2024**<br>**[Euros]** | **$100,954.57** |
| 18.4. | **JP Morgan Chase**<br>**3424 Peachtree Road NE**<br>**Suite 2150**<br>**Atlanta, GA 30326** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **08/01/2024**<br>**[Pound Sterling]** | **$45,690.30** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Public Storage**<br>**111 Commercial Drive.**<br>**Vancouver BC V5L 0A3** | **Vancouver retail team** | **Returned bikes.  All moved at end of 2024.** | ■ No<br>☐ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|---|
| 25.1. | Rad Power Bikes UK LTD RM 101 Maple House, 118 High Street Purley CR82AD London, England | Retail and Direct to Consumer E-Bike Seller | EIN: 11322005 From-To 04/20/2018 - 10/24/2023 |
| 25.2. | Rad Power Bikes Netherlands B.V. Zonnebaan 27 Utrecht, 3542EB Netherlands | Retail and Direct to Consumer E-Bike Seller | EIN: 68999585 From-To 06/20/2017 - 12/31/2024 |
| 25.3. | Summit Collective Incorporated 15 N Naches Ave. Yakima, WA 98901 | Administrative | EIN: 39-5001805 From-To 10/20/2025 to present |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Sarah Stevens**<br>**1121 NW 52nd Street**<br>**Seattle, WA 98107** | **07/27/2020 to**<br>**07/15/2024** |
| 26a.2.   **Stephanie Roberts**<br>**1121 NW 52nd**<br>**Seattle, WA 98107** | **05/16/2022 -**<br>**04/001/2025** |
| 26a.3.   **Megan Smith Stromberg**<br>**1121 NW 52nd St.**<br>**Seattle, WA 98107** | **12/31/2021 to**<br>**Present** |
| 26a.4.   **Angelina Smith**<br>**1121 NW 52nd St.**<br>**Seattle, WA 98107** | **05/24/2024 to**<br>**Present** |
| 26a.5.   **Elaine Norris**<br>**1121 NW 52nd St.**<br>**Seattle, WA 98107** | **05/24/2024 to**<br>**Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Baker Tilley**<br>**2707 Colby Ave, Suite 801**<br>**Everett, WA 98201** | **08/13/2024 to**<br>**present for FY2024** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **KPMG**<br>**401 Union Street**<br>**Suite 2800**<br>**Seattle, WA 98101** | **04/01/2021 to**<br>**08/12/2024 for**<br>**FY2020 - FY2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Rad Power Bikes Inc.**<br>**1121 NW 52nd Street**<br>**Seattle, WA 98107** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **JPM Chase** |
| 26d.2.   **Subordinated Note Holders** |

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 86 of 188

| Name and address |
| --- |
| 26d.3.  **Mountain Ridge Capital** |
| 26d.4.  **Bank of America** |
| 26d.5.  **Wells Fargo** |
| 26d.6.  **Key Bank** |
| 26d.7.  **ACT Capital** |
| 26d.8.  **Palm Ventures** |
| 26d.9.  **Access Busines Finance** |
| 26d.10.  **Midcap Financial** |
| 26d.11.  **Rosenthal** |
| 26d.12.  **By Hilco to interested parties** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| 27.1. **Whiplash** | **1/1/2024 (FY2023 Year-End Close)** | **$52,032,808.68 (Net)** |
| Name and address of the person who has possession of inventory records  **Whiplash/Ryder 3PL Locations** | | |
| 27.2. **Whiplash** | **1/1/2025 (FY2024 Year-End Close)** | **(net) $36,163,313.36** |
| Name and address of the person who has possession of inventory records  **Whiplash/Ryder 3PL Locations** | | |

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 87 of 188

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Angelina M. Smith | | Chief Executive Officer Director | 0.00 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Radenbaugh | | Director Shareholder | 41 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Helen Cho | | General Counsel | 0.00 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Atchison | | Director | 0.00 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Darrell Cavens | | Director | 0.00 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Stephanie Roberts | | Chief Financial Officer | 05/16/2022 - 04/01/2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Phil Molyneux | | Chief Executive Officer | 03/29/2022 - 02/11/2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Batur Oktay | | Vice President of Legal | 09/20/2021-12/31/2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kathi Lentzsch | | Chief Executive Officer | 03/2025 to 12/15/2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Stuart Nagae | | Director Represented Cercano | Through 12/12/2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Mark Vadon | | Director Represented Vadon Investment | Through 12/12/2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kelly Kennedy | | Director | Through 12/12/2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Roger Stone | | Director Represented TPG | Through 12/13/2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Liza MacEachern | | Board Observer Represented Fidelity | Through 12/13/2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Hugh Holman | | Board Observer | Through 12/13/2025 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See reponses to SOFA Question 4 | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Canada Pension Plan | EIN:    N/A |

---

**Part 14:**   Signature and Declaration

     **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

     I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 15, 2025**

**/s/ Angelina M. Smith**               **Angelina M. Smith**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name   **Rad Power Bikes Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:   Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
Signature of individual signing on behalf of the debtor

Angelina M. Smith
_____
Printed name

Position or relationship to debtor   **Chief Executive Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ Yes

## In re Rad Power Bikes Inc. Statement of Financial Affairs Question 3

| Name | USD [1] |
|---|---|
| Grunecker Patent und Rechtsanwalte PartG mbB | (1,235.80) |
| Grunecker Patent und Rechtsanwalte PartG mbB | 1,378.70 |
| The Hartford | (21.67) |
| Pacific Gas and Electric (PG&E) | (2,116.53) |
| Culligan of San Diego | (22.38) |
| SAN DIEGO GAS & ELECTRIC | (922.33) |
| The Hartford | (2,220.91) |
| Pacific Gas and Electric (PG&E) | (1,957.76) |
| Raymond Leasing Corporation | (607.87) |
| Principal Life Insurance Company | (14,218.31) |
| Verizon Media Inc | (2,154.97) |
| Verizon Media Inc | (393.31) |
| 101domain | (287.96) |
| Google Workspace | (4,221.50) |
| The Hartford | (4,223.08) |
| Tipalti | (63.24) |
| 101domain | (152.95) |
| Google Workspace | (434.34) |
| County Of Santa Barbara(CountyOfSantaBarbara) | (2,890.05) |
| San Diego County Treasurer - Tax Collector(SanDiegoCountyTreasurer) | (1,281.82) |
| UK VAT (US) | (14,930.43) |
| Hatch Family Properties, LLC | (24,096.11) |
| West Woodland Business Center LLC | (47,308.37) |
| Microsoft | (4,234.36) |

---

[1] See also payments list under Statement of Financial Affairs question 11.

2912 im13db01qk

| | |
|---|---|
| Microsoft | (569.40) |
| Microsoft | (135.73) |
| Orange Country Treasurer-Tax Collector(OrangeCountyPropertyTax) | (1,209.32) |
| Navia Benefit Solutions, Inc. | (94.98) |
| IT Hardware(wGKkNoy1PkHDcDDvE5GP) | (22.99) |
| Sprout Social | (2,360.15) |
| 101domain | (113.98) |
| Godaddy | (421.63) |
| Tipalti | (62.83) |
| 6461256532131 | (704.32) |
| Tipalti | (62.95) |
| Paylocity | (53.85) |
| Raymond Leasing Corporation | (234.61) |
| 101domain | (1,246.92) |
| Atlassian | (1,039.94) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (72.94) |
| Checkr Inc. | (167.69) |
| 101domain | (982.87) |
| Elevar(jfLrNnoFGFNkdqCimTkf) | (750.00) |
| 101domain | (7,966.82) |
| GitHub | (91.59) |
| Whimsical, Inc. | (79.45) |
| Principal Life Insurance Company | (28,902.44) |
| Better Business Bureau | (211.42) |
| 101domain | (2,110.58) |
| Navia Benefit Solutions, Inc. | (368.20) |

2912 im13db01qk

# In re Rad Power Bikes Inc. Statement of Financial Affairs Question 3

| | |
|---|---:|
| 101domain | (641.39) |
| Microsoft | (1,313.38) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (24.77) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (13.44) |
| Manulife(Manulife) | (1,510.83) |
| Navia Benefit Solutions, Inc. | (2,159.12) |
| Richard Knight | (350.26) |
| Istvan Csajaghy | (349.62) |
| Mattias Timm | (871.79) |
| Raymond Leasing Corporation | (832.76) |
| Dropbox | (1,589.04) |
| AT&T | (74.90) |
| Enbridge | (7.73) |
| DryBox DryBox | (625.14) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (1,309.77) |
| Salesforce.com Inc(Salesforce) | (4,806.85) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (14.16) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (25.01) |
| Frontier Communications(Frontier) | (59.99) |
| IT Hardware(wGKkNoy1PkHDcDDvE5GP) | (11.31) |
| DHL Express -USA | (188.84) |
| DHL Express -USA | (75.10) |
| DHL Express -USA | (41.15) |
| DHL Express -USA | (32.56) |
| DHL Express -USA | (555.84) |
| DHL Express -USA | (610.55) |

2912 im13db01qk

| | |
|---|---:|
| Retool | (391.74) |
| Avalara | (394,741.22) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (62.87) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (23.63) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (9.47) |
| JPMorgan | (1,300,000.00) |
| JPMorgan | (851.22) |
| 101domain | (568.62) |
| Adobe | (2,122.70) |
| Scribe(ntB8gaWnELdxpHVxnjVx) | (75.00) |
| ShipStation.com | (148.96) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (96.22) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (80.00) |
| IT Hardware(wGKkNoy1PkHDcDDvE5GP) | (44.06) |
| ShipStation.com | (60.68) |
| Shopify | (4,384.29) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (67.75) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (106.16) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (18.54) |
| Tipalti | (18.01) |
| e Canada Inc. Thule Canada Inc. | (6,036.52) |
| DHL Express -USA | (446.29) |
| DHL Express -USA | (111.94) |
| Verizon Wireless | (176.74) |
| Dropbox | (99.32) |
| Tipalti | (3,152.32) |

4

| | |
|---|---|
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (82.19) |
| ADT Security Services | (82.10) |
| JPMorgan | (74,008.89) |
| Reddit Inc | (52.59) |
| Reddit Inc | (22.81) |
| Reddit Inc | (26.39) |
| MarBorg Industries(MarBorg) | (110.00) |
| NYC Department of Finance | (400.00) |
| Comcast Business | (824.14) |
| Pacific Gas and Electric (PG&E) | (2,274.21) |
| Puget Sound Energy | (55.48) |
| Puget Sound Energy | (55.48) |
| Southern California Edison | (899.41) |
| Tipalti | (33.42) |
| Tipalti | (23.86) |
| The Hartford | (2,104.88) |
| Clay Weldon(Clay Weldon) | (2,000.00) |
| Flexport Customs Canada Inc.(FlexportCanada) | (411.24) |
| Flexport Customs Canada Inc.(FlexportCanada) | (105.15) |
| Flexport Customs Canada Inc.(FlexportCanada) | (104.96) |
| Jinhua Vision Industry Co., Ltd. | (466,185.72) |
| CONG TY TNHH NANG LUONG PYTES VIET NAM | (116,800.00) |
| Kunshan Julet Electronics Co LTD | (158.16) |
| Kunshan Julet Electronics Co LTD | (112.08) |
| N and J Enterprise Co., LTD.(NandJEnterpriseCo) | (778.00) |
| Star Union (JIANDE WUXING BICYCLE) | (496.60) |

2912 im13db01qk

| | |
|---|---|
| VELO Cycle Co., Ltd. - CHINA | (3,018.24) |
| Arent Fox LLP(ArentFox) | (1,576.00) |
| Coffey Modica LLP(Coffey Modica LLP) | (5,000.00) |
| Haynes and Boone, LLP(HaynesBoone) | (2,755.50) |
| Lavery(Lavery) | (1,755.98) |
| Murchison & Cumming, LLP(MurchisonCumming) | (403.50) |
| AIT Worldwide Logistics, Inc.(AITWorldwideLogistics) | (2,172.95) |
| EDRAY CPL EDRAY | (11,237.50) |
| Fedex | (3,380.70) |
| Flexport International LLC(Flexport) | (8,656.96) |
| Flock Freight, Inc. | (498.80) |
| Ryder Integrated Logistics, Inc(Ryder) | (147,261.07) |
| SEKO(SEKO) | (64,655.49) |
| Brandwell(Brandwell) | (32,695.27) |
| Criteo Canada Corp. | (1,328.30) |
| Criteo Corp | (5,208.25) |
| Google | (165,123.21) |
| Google | (19,518.26) |
| Reddit Inc | (303.09) |
| Reddit Inc | (105.26) |
| Aramark | (2,649.19) |
| Poster Guard | (1,425.69) |
| Call2Recycle Canada Inc. | (1,184.67) |
| Raymond Handling Solutions, INC. | (802.11) |
| Andersen Tax LLC | (18,414.00) |
| Quality Bicycle Products | (827.01) |

6

| | |
|---|---|
| UL LLC(ULSolutions) | (4,094.93) |
| Affirm, Inc. | (2,546.29) |
| Celigo, Inc. | (5,465.91) |
| DoiT International USA Inc | (3,880.98) |
| Oracle, Dext Capital, LLC | (133,516.83) |
| Shopify | (4,100.07) |
| Tipalti | (1,151.25) |
| Velofix Holdings USA I | (1,082.00) |
| Adecco Personnel Co., LTD | (4,097.61) |
| ADECCO VIETNAM JOINT STOCK COMPANY | (4,692.47) |
| INTEGS CLOUD TECHNOLOGIES PRIVATE LIMITED(IntegsCloud) | (4,800.00) |
| Jessica Cantwell(Jessica Cantwell) | (900.00) |
| Shanghai CIIC Overseas Employment Service Co. ltd(CIIC) | (29,799.70) |
| Velofix Holdings Ltd. | (1,811.83) |
| New York State Tax Department(NewYorkStateTaxDept) | (300.00) |
| Oregon Department of Revenue OregonDepartmentofRevenue | (1,500.00) |
| Oregon Department of Revenue OregonDepartmentofRevenue | (400.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (106.18) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (27.34) |
| ADT Security Services | (156.57) |
| Comcast Business | (417.48) |
| Navia Benefit Solutions, Inc. | (133.80) |
| Didier Debast(Didier Debast) | (574.94) |
| Vat Fiscal Representatives Holland BV | (617.27) |
| Tipalti | (32.22) |
| Manitoba Finance, Taxation Division(ManitobaFinance) | (836.25) |

2912 im13db01qk

| | |
|---|---|
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (1,645.01) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (260.84) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (43.49) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (19.88) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (9.55) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (43.52) |
| JPMorgan | (343.75) |
| Flexport Customs Canada Inc.(FlexportCanada) | (105.15) |
| IT Hardware(wGKkNoy1PkHDcDDvE5GP) | (21.88) |
| PayCargo LLC(PayCargo) | (4,642.97) |
| Reddit Inc | (109.50) |
| PAYLOCITY | (5,088.06) |
| JPMorgan | (848.17) |
| JPMorgan | (66,281.67) |
| Avalara | (229.89) |
| Klaviyo Software | (1,070.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (22.07) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (78.87) |
| Con Edison(ConEdison) | (1,761.34) |
| Frontier Communications(Frontier) | (99.99) |
| Reddit Inc | (298.15) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (36.97) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (89.61) |
| Reddit Inc | (293.97) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (80.53) |
| JPMorgan | (4,745.49) |

2912 im13db01qk

| | |
|---|---:|
| Reddit Inc | (314.89) |
| Raymond Leasing Corporation | (613.51) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (175.24) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (25.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (277.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (7.86) |
| ADT Security Services | (112.89) |
| Duke Energy Corporation(DukeEnergy) | (1,992.01) |
| The Hartford | (12,399.04) |
| US Customs and Border Protection | (120,205.15) |
| US Customs and Border Protection | (119,750.50) |
| US Customs and Border Protection | (2,389.77) |
| US Customs and Border Protection | (22,856.68) |
| US Customs and Border Protection | (11,714.62) |
| US Customs and Border Protection | (7,473.07) |
| US Customs and Border Protection | (7,224.83) |
| Reddit Inc | (298.92) |
| Hubspot Inc. | (746.34) |
| Shopify | (20,833.87) |
| City of Castle Rock(City of Castle Rock) | (11.65) |
| DMV Renewal DMVRenwalCalifornia | (2,054.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (114.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (225.00) |
| Comcast Business | (608.94) |
| Spotify | (22.06) |
| Waste Management | (645.36) |

| | |
|---|---|
| Waste Management | (711.24) |
| Tipalti | (62.60) |
| Tipalti | (18.02) |
| Navia Benefit Solutions, Inc. | (2,159.12) |
| Principal Life Insurance Company | (13,894.18) |
| Nguyen Nguyen(Nguyen Nguyen) | (161.29) |
| The RustyNut.ca Cycle and Mobility(The RustyNut.ca) | (166.00) |
| Tymothi St. Clair(Tymothi St. Clair) | (100.00) |
| Flexport Customs Canada Inc.(FlexportCanada) | (26,940.63) |
| FIRST Insurance Funding of Canada(FirstInsuranceFundingCanada) | (14,636.65) |
| Fuji-TA | (391,058.91) |
| Fuji-TA | (639.17) |
| Jinhua Vision Industry Co., Ltd. | (1,012,641.81) |
| Shanghai PYTES Energy Co, LtdDLGShanghaiElectronicTechnologyCo | (608.40) |
| VELO Cycle Co., Ltd. - CHINA | (5,942.16) |
| VELO Enterprise CO., LTD. | (3,001.51) |
| IT/Tech Misc(wXRbD6xLDAqwLSsM6Pub) | (9.99) |
| Davis Wright Tremaine LLP | (920.50) |
| EDRAY CPL EDRAY | (14,790.64) |
| Ryder Integrated Logistics, Inc(Ryder) | (239,000.00) |
| SEKO(SEKO) | (56,997.00) |
| Feedonomics Holdings, LLC | (4,647.00) |
| Google | (9,254.45) |
| Mountains to Sound LLC(Mountains to Sound LLC) | (10,000.00) |
| Reddit Inc | (296.78) |
| Canadian Linen & Uniform Service | (101.95) |

| | |
|---|---|
| Seattle Printworks | (46.30) |
| WestCoast Plastic Recycling Inc | (147.45) |
| FrontStreet Facility Solutions, Inc. | (564.16) |
| Guardian Security Systems, Inc. | (595.89) |
| Mountain Ridge Capital(Mountain Ridge Capital) | (60,000.00) |
| Rithium | (137.50) |
| ROUNDHOUSE CONSULTING | (1,000.00) |
| Robert Hernandez(Robert Hernandez) | (12,850.00) |
| Quality Bicycle Products | (970.53) |
| OneTrust, LLC | (90.00) |
| Tipalti | (158.25) |
| Jessica Cantwell(Jessica Cantwell) | (900.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (19.57) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (10.70) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (35.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (29.26) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (23.82) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (20.30) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (73.10) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (22.56) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (16.32) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (108.05) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (75.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (23.46) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (14.59) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (30.60) |

| | |
|---|---:|
| Redwood Materials(RedwoodMaterials) | (720.00) |
| Super Link Plastic, Inc. | (406.12) |
| United Health Care(UnitedHealthCare) | (72,153.94) |
| Carta | (36,796.21) |
| Shanghai PYTES Energy Co, LtdDLGShanghaiElectronicTechnologyCo | (772.91) |
| Reddit Inc | (294.78) |
| Upcycles | (923.75) |
| UL LLC(ULSolutions) | (8,727.06) |
| Tipalti | (36.23) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (398.01) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (280.59) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (31.78) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (31.77) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (7.44) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (36.42) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (6.89) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (48.91) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (43.56) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (35.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (31.78) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (31.78) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (33.75) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (3.65) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (104.99) |
| The Hartford | (1,909.43) |
| United Health Care(UnitedHealthCare) | (1,041.50) |

| | |
|---|---|
| Reddit Inc | (270.14) |
| Raymond Leasing Corporation | (502.27) |
| Waiverfile.com | (399.99) |
| City of Steamboat Springs(CitySteamboatSprings) | (3,600.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (90.91) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (20.94) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (18.18) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (16.93) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (6.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (23.03) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (58.83) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (6.99) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (328.30) |
| Fortis BC | (36.71) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (48.77) |
| 1password | (156.64) |
| Zendesk, Inc. | (54.07) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (300.00) |
| First Insurance Funding | (229,914.41) |
| Bangkok Cycle Industrial Co., Ltd.(BangkokCycleIndustrialCo) | (34,417.50) |
| DHL Express -USA | (350.47) |
| DHL Express -USA | (20.41) |
| DHL Express -USA | (29.31) |
| DHL Express -USA | (873.41) |
| DHL Express -USA | (43.45) |
| DHL Express -USA | (89.56) |

2912 im13db01qk

| | |
|---|---:|
| DHL Express -USA | (222.67) |
| Reddit Inc | (293.65) |
| Tipalti | (31.40) |
| Canadian Revenue Agency | (27,144.50) |
| Ministry of Finance Revenue Division - SK(MinistryofFinanceSK) | (700.92) |
| Revenue Services of British Columbia | (6,036.67) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (25.30) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (349.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (214.60) |
| Cox Business - San Diego(dTGmkLeszLJBixyqoxaM) | (175.61) |
| JPMorgan | (866.78) |
| DHL Express -USA | (38.42) |
| DHL Express -USA | (38.42) |
| Paylocity | (84,033.69) |
| Amazon Business | 2.26 |
| Paylocity | (28,198.46) |
| DHL Express -USA | 27.61 |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (662.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (72.48) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (13.24) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (67.90) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (10.00) |
| Culligan Water Salt Lake City(CulliganSLC) | (127.49) |
| Ising's Culligan Water Conditioning | (39.20) |
| Waste Harmonics Keter(Waste Harmonics Keter) | (915.42) |
| Tipalti | (33.63) |

2912 im13db01qk

| | |
|---|---|
| Tipalti | (48.04) |
| Principal Life Insurance Company | (3,522.83) |
| Fuji-TA | (215,280.00) |
| Jinhua Jobo Technology Co Ltd | (285.00) |
| Jinhua Jobo Technology Co Ltd | (1,054.15) |
| Jinhua Vision Industry Co., Ltd. | (932,976.79) |
| Chongqing Shengchi Zhiyan(Chongqing Shengchi Zhiyan) | (3,000.00) |
| Kunshan Julet Electronics Co LTD | (27,374.00) |
| Shanghai PYTES Energy Co, LtdDLGShanghaiElectronicTechnologyCo | (27,888.00) |
| Arent Fox LLP(ArentFox) | (5,734.80) |
| Haynes and Boone, LLP(HaynesBoone) | (3,101.50) |
| EDRAY CPL EDRAY | (14,388.05) |
| Fedex | (144,150.23) |
| Fedex Canada | (49,273.30) |
| Vertex Logical Solutions Inc(VertexLogicalSolutions) | (25,445.61) |
| Paylocity | (282,608.49) |
| David Fiso(David Fiso) | (5,000.00) |
| Meta Platforms, Inc. | (130,616.40) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (4,866.75) |
| Call2Recycle Canada Inc. | (907.15) |
| HLC Cycles Lambert | (322.00) |
| Advantage Pest Management(AdvantagePestManagement) | (95.00) |
| 1 Green Planet | (125.00) |
| Sprout Social | (2,360.15) |
| Verizon Media Inc | (1,965.99) |
| Verizon Media Inc | (407.93) |

2912 im13db01qk

| | |
|---|---|
| Paylocity | (118,121.15) |
| Paylocity | (161.88) |
| 19 Kent Acquisition LLC | (42,235.37) |
| CCC Beverage Company, LLC | (16,280.00) |
| GL South Shore LLC(LevelanManagementCo) | (23,266.65) |
| Hatch Family Properties, LLC | (24,723.19) |
| Soundco Properties Ltd | (18,445.19) |
| Warrington PCI ITF Spire Value Add (West 5th) LP(WarringtonPCI) | (43,354.78) |
| West Woodland Business Center LLC | (48,259.68) |
| McMaster-Carr | (408.20) |
| Quality Bicycle Products | (274.09) |
| Quality Bicycle Products | (337.83) |
| Uline Canada Corporation | (133.45) |
| Celigo, Inc. | (163.23) |
| Google Workspace | (4,225.29) |
| Google Workspace | (433.62) |
| Hawk Ridge Systems, LLC | (17,841.50) |
| Tipalti | (245.21) |
| Yotpo Inc. | (4,943.69) |
| Beeline Connect, Inc. | (45,612.32) |
| Beeline Connect, Inc.(BeelineConnectCanada) | (2,477.87) |
| Jessica Cantwell(Jessica Cantwell) | (900.00) |
| City of Thornton(City of Thornton) | (84.83) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (86.20) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (55.52) |
| ADT Security Services Canada, Inc. | (116.20) |

| | |
|---|---|
| Bay Alarm Company(BayAlarm) | (399.27) |
| Southern California Edison | (836.29) |
| Jessica Thomas(Jessica Thomas) | (120.00) |
| Navia Benefit Solutions, Inc. | (1,429.09) |
| Flexport Customs Canada Inc.(FlexportCanada) | (105.64) |
| Flexport Customs Canada Inc.(FlexportCanada) | (94.32) |
| Flexport Customs Canada Inc.(FlexportCanada) | (93.71) |
| Flexport Customs Canada Inc.(FlexportCanada) | (93.71) |
| Fedex | (186,359.07) |
| Wesley Santos(WesleySantos) | (500.00) |
| 101domain | (152.97) |
| Tipalti | (3.63) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (61.07) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (35.51) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (16.18) |
| City of Santa Barbara(CityOfSantaBarbara) | (1,687.71) |
| Rocky Mountain Power | (419.00) |
| Telus | (175.93) |
| Peter Stoll Jr(Peter Stoll Jr) | (263.41) |
| IT/Tech Misc(wXRbD6xLDAqwLSsM6Pub) | (5.52) |
| Paylocity | (41.39) |
| John Gordon | (9,055.87) |
| Steele Street Co LLC | (24,881.19) |
| 101domain | (453.39) |
| Microsoft | (2,432.99) |
| Microsoft | (569.40) |

17

| | |
|---|---|
| Microsoft | (331.05) |
| Microsoft | (135.73) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (150.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (44.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (29.35) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (19.88) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (10.82) |
| ADT Security Services | (70.14) |
| PayCargo LLC(PayCargo) | (2,321.49) |
| PayCargo LLC(PayCargo) | (1,442.30) |
| Motion(r45kX3MjBUVNKBgZRwFw) | (385.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (139.74) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (49.86) |
| Comcast Business | (4,662.94) |
| Comcast Business | (447.12) |
| Comcast Business | (231.99) |
| 101domain | (33.48) |
| Atlassian | (1,056.73) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (100.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (48.00) |
| GOOD TO GO! | (8.40) |
| Raymond Leasing Corporation | (234.61) |
| Raymond Leasing Corporation | (475.22) |
| Elevar(jfLrNnoFGFNkdqCimTkf) | (750.00) |
| Culligan of San Diego | (82.48) |
| Wichita Water Conditioning Inc.(CulliganDenver) | (12.38) |

2912 im13db01qk

| | |
|---|---:|
| Navia Benefit Solutions, Inc. | (2,163.57) |
| Better Business Bureau | (211.38) |
| Meridian Group | (24,524.04) |
| GitHub | (91.59) |
| Whimsical, Inc. | (79.45) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (19.09) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (8.25) |
| ADT Security Services | (94.32) |
| EDCO Disposal Corporation | (554.57) |
| SAN DIEGO GAS & ELECTRIC | (949.99) |
| Tipalti | (96.28) |
| Tipalti | (72.23) |
| Flexport Customs Canada Inc.(FlexportCanada) | (1,561.62) |
| Jinhua Vision Industry Co., Ltd. | (281,327.10) |
| King-Meter Technology Co., Ltd | (12,000.00) |
| King-Meter Technology Co., Ltd | (2,391.60) |
| Suzhou Shingesun Science and Technology Co., Ltd. | (1,630.20) |
| Suzhou Shingesun Science and Technology Co., Ltd. | (590.73) |
| BARNES & THORNBURG LLP(BARNES THORNBURG LLP) | (6,275.90) |
| CSVL LLP(CSVL LLP) | (8,967.47) |
| Fasken Martineau DuMoulin LLP | (370.98) |
| Haynes and Boone, LLP(HaynesBoone) | (4,478.00) |
| Jones, Skelton and Hochuli PLC(JONES SKELTON AND HOCHULI) | (1,749.00) |
| McCoy Leavitt Laskey(McCoy Leavitt Laskey) | (360.00) |
| Air Tiger Express Co., Ltd.(ATELogistics) | (11,608.18) |
| Air Tiger Express Co., Ltd.(ATELogistics) | (5,126.28) |

# In re Rad Power Bikes Inc. Statement of Financial Affairs Question 3

| | |
|---|---|
| AIT Worldwide Logistics, Inc.(AITWorldwideLogistics) | (914.47) |
| Allport Cargo Services USA Inc. | (4,461.39) |
| EDRAY CPL EDRAY | (4,567.66) |
| EDRAY CPL EDRAY | (4,725.65) |
| Fedex | (89,417.26) |
| Fedex Canada | (16,676.60) |
| Flexport International LLC(Flexport) | (1,135.00) |
| Ryder Integrated Logistics, Inc(Ryder) | (20,555.12) |
| SEKO(SEKO) | (75,625.60) |
| Criteo Canada Corp. | (1,310.76) |
| Criteo Corp | (5,032.16) |
| Ebikescapes LLC | (7,750.00) |
| ElectricBikeReview | (5,000.00) |
| Google | (433.62) |
| Impact Tech, Inc.(ImpactTech) | (48,741.44) |
| Microsoft Online, Inc | (3.01) |
| User Friendly Technology | (3,333.33) |
| Amazon Business | (1,691.04) |
| Aramark | (134.29) |
| Canadian Linen & Uniform Service | (112.25) |
| Circular Action Alliance(Circular Action Alliance) | (3,188.10) |
| MOO Inc. | (128.67) |
| Urban Impact Recycling Ltd. | (402.06) |
| WestCoast Plastic Recycling Inc | (156.42) |
| Call2Recycle Canada Inc. | (1,153.56) |
| ADT Security Services Canada, Inc. | (101.21) |

20

| | |
|---|---|
| Conex Recycling Corporation(ConexRecycling) | (225.54) |
| Cornerstone Mechanical Inc.(CornerstoneMechanical) | (1,665.00) |
| EcoGREEN Cleaning Inc. | (486.66) |
| Guardian Security Systems, Inc. | (1,517.02) |
| Lloyd Pest Control | (79.00) |
| Spectrum Business | (110.00) |
| Ocean Network Express PTE LTD(ONELine) | (7,226.00) |
| Thomas J. Fee(Thomas J. Fee) | (3,442.47) |
| Andersen(AndersenTaxCanada) | (404.25) |
| PC Group Retail LLC | (58.33) |
| Warrington PCI ITF Spire Value Add (West 5th) LP(WarringtonPCI) | (3,489.89) |
| West Woodland Business Center LLC | (1,790.11) |
| Quality Bicycle Products | (185.49) |
| Uline | (3,328.34) |
| Affirm, Inc. | (1,781.06) |
| DoiT International USA Inc | (12.52) |
| Extend, Inc. | (5,311.31) |
| Gladly Software, Inc.(GladlySoftware) | (5,717.16) |
| Solutions Granted Inc | (1,419.67) |
| Tipalti | (266.99) |
| Unwrap.ai(Unwrap.ai) | (1,500.00) |
| Velofix Holdings USA I | (1,827.00) |
| Adecco Personnel Co., LTD | (3,983.72) |
| ADECCO VIETNAM JOINT STOCK COMPANY | (9,163.54) |
| e-Performax Centers Inc.(ePerformaxCentersInc) | (23,765.21) |
| Jessica Cantwell(Jessica Cantwell) | (900.00) |

| | |
|---|---|
| Velofix Holdings Ltd. | (664.86) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (33.67) |
| SAN DIEGO GAS & ELECTRIC | (1,835.95) |
| Styro Recycle LLC | (1,805.00) |
| Synergy Building Services, INC. | (335.83) |
| Joe Gentry(Joe Gentry) | (200.00) |
| Navia Benefit Solutions, Inc. | (323.10) |
| Navia Benefit Solutions, Inc. | (2,050.00) |
| Burges Salmon LLP | (739.16) |
| Grunecker Patent und Rechtsanwalte PartG mbB | (3,669.11) |
| 101domain | (20.19) |
| Microsoft | (1,274.15) |
| Tipalti | (112.63) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (132.56) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (25.10) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (20.00) |
| ADT Security Services | (131.90) |
| BC Hydro | (791.88) |
| Enbridge | (7.73) |
| Navia Benefit Solutions, Inc. | (374.10) |
| Paylocity | (927.31) |
| Raymond Leasing Corporation | (832.75) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (1,382.32) |
| Shopify | (4,605.14) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (504.64) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (412.00) |

2912 im13db01qk

| | |
|---|---|
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (44.77) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (36.88) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (25.02) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (11.18) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (11.01) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (10.83) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (10.69) |
| PayCargo LLC(PayCargo) | (2,269.59) |
| DryBox DryBox | (625.14) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (269.38) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (103.78) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (81.30) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (75.34) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (70.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (38.93) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (26.20) |
| Retool | (393.95) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (21.38) |
| Verizon Wireless | (180.40) |
| Adobe | (2,122.70) |
| Scribe(ntB8gaWnELdxpHVxnjVx) | (82.76) |
| ShipStation.com | (148.96) |
| Manulife(Manulife) | (1,501.11) |
| Principal Life Insurance Company | (20,129.02) |
| ShipStation.com | (60.68) |
| Avalara | (342,944.69) |

| | |
|---|---:|
| ADT Security Services | (82.10) |
| AT&T | (74.90) |
| East Bay Municipal Utility District(EBMUD) | (203.62) |
| Wichita Water Conditioning Inc.(CulliganDenver) | (73.13) |
| Tipalti | (1.21) |
| The Hartford | (7,287.70) |
| Fuji-TA | (7,617.30) |
| Fuji-TA | (456.42) |
| Jinhua Vision Industry Co., Ltd. | (106,040.70) |
| Suzhou Shingesun Science and Technology Co., Ltd. | (6,106.20) |
| BARNES & THORNBURG LLP(BARNES THORNBURG LLP) | (7,011.67) |
| Air Tiger Express Co., Ltd.(ATELogistics) | (3,368.22) |
| Fedex | (103,579.72) |
| Fedex | (154.05) |
| Flexport International LLC(Flexport) | (1,419.05) |
| SEKO(SEKO) | (74,396.22) |
| Google | (119,126.48) |
| Google | (10,505.34) |
| Mountains to Sound LLC(Mountains to Sound LLC) | (11,250.00) |
| Aramark | (2,966.94) |
| Act-Lab | (4,822.80) |
| Andersen Tax LLC | (3,775.00) |
| Predictiv Research Inc.,(Predictiv Research Inc.,) | (13,135.00) |
| ROUNDHOUSE CONSULTING | (6,750.00) |
| PC Group Retail LLC | (37,056.06) |
| Dropbox | (99.32) |

2912 im13db01qk

| | |
|---|---:|
| Extend, Inc. | (5,084.08) |
| Tipalti | (3,457.33) |
| Tipalti | (195.68) |
| INTEGS CLOUD TECHNOLOGIES PRIVATE LIMITED(IntegsCloud) | (4,800.00) |
| Jessica Cantwell(Jessica Cantwell) | (1,800.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (199.02) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (72.94) |
| Frontier Communications(Frontier) | (59.99) |
| Southern California Edison | (785.10) |
| Tipalti | (1.21) |
| AIT Worldwide Logistics, Inc.(AITWorldwideLogistics) | (16,204.63) |
| MarBorg Industries(MarBorg) | (110.00) |
| Tipalti | (9.61) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (69.08) |
| Puget Sound Energy | (55.48) |
| Puget Sound Energy | (107.26) |
| Denis Gervais(Denis Gervais) | (142.82) |
| The Hartford | (5,879.86) |
| Paylocity | (247.34) |
| DHL Express -USA | (31.11) |
| DHL Express -USA | (383.30) |
| DHL Express -USA | (35.01) |
| DHL Express -USA | (139.76) |
| DHL Express -USA | (44.62) |
| DHL Express -USA | (27.74) |
| Paylocity | (23,995.34) |

2912 im13db01qk

| | |
|---|---:|
| ScreenConnect(vKKaMa1GaKhgsaoqoNRB) | (2,182.95) |
| Manitoba Finance, Taxation Division(ManitobaFinance) | (250.65) |
| ADT Security Services | (156.57) |
| Comcast Business | (824.14) |
| Comcast Business | (417.48) |
| Pacific Gas and Electric (PG&E) | (2,683.58) |
| Atlassian | (36.30) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (181.34) |
| Klaviyo Software | (1,070.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (22.07) |
| Paylocity | (289,400.02) |
| Paylocity | (116,947.67) |
| DHL Express -USA | (1,999.95) |
| DHL Express -USA | (4,281.10) |
| PAYLOCITY | (4,833.73) |
| Paylocity | (24,356.55) |
| Avalara | (229.89) |
| SC State Department of Revenue(SCStateDeptRev) | (587.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (159.24) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (127.94) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (68.07) |
| Con Edison(ConEdison) | (1,095.72) |
| Raymond Leasing Corporation | (613.51) |
| Godaddy | (636.65) |
| Hubspot Inc. | (746.34) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (256.19) |

| | |
|---|---:|
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (98.71) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (49.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (16.80) |
| Culligan of San Diego | (109.72) |
| Frontier Communications(Frontier) | (99.99) |
| Tipalti | (109.96) |
| Tipalti | (54.43) |
| Navia Benefit Solutions, Inc. | (2,078.34) |
| Principal Life Insurance Company | (16,732.63) |
| Nootka Bicycle Company Inc.(NootkaBicycleCompany) | (164.19) |
| Flexport Customs Canada Inc.(FlexportCanada) | (278.38) |
| Flexport Customs Canada Inc.(FlexportCanada) | (794.69) |
| Bangkok Cycle Industrial Co., Ltd.(BangkokCycleIndustrialCo) | (3,060.00) |
| Jinhua Jobo Technology Co Ltd | (385.19) |
| Jinhua Vision Industry Co., Ltd. | (139,797.65) |
| Jinhua Vision Industry Co., Ltd. | (28,718.00) |
| Jinhua Vision Industry Co., Ltd. | (815.39) |
| Kenda Indonesia | (3,435.00) |
| Kenda Indonesia | (1,950.94) |
| Kunshan Chengyang Metal Co., LTD(KunshanChengyang) | (19,867.60) |
| Suzhou Shingesun Science and Technology Co., Ltd. | (27,916.80) |
| VELO Enterprise CO., LTD. | (18,956.96) |
| AD-II Engineering Inc | (1,616.30) |
| AMPACC Law Group, PLLC | (2,592.22) |
| Arent Fox LLP(ArentFox) | (348.00) |
| Barclay Damon LLP(BarclayDamonLLP) | (63.00) |

2912 im13db01qk

| | |
|---|---|
| Fabian, Sklar King and Liss, P.C(FSKL PC) | (5,000.00) |
| Gowling WLG (Canada) LLP(GowlingWLGCanada) | (3,072.48) |
| Haynes and Boone, LLP(HaynesBoone) | (3,603.43) |
| Air Tiger Express Co., Ltd.(ATELogistics) | (750.00) |
| Air Tiger Express Co., Ltd.(ATELogistics) | (525.25) |
| AIT Worldwide Logistics, Inc.(AITWorldwideLogistics) | (4,772.56) |
| EDRAY CPL EDRAY | (953.70) |
| Fedex | (84,170.11) |
| Fedex Canada | (341.75) |
| Flexport International LLC(Flexport) | (2,781.97) |
| Flock Freight, Inc. | (218.00) |
| PayCargo LLC(PayCargo) | (4,160.30) |
| Vertex Logical Solutions Inc(VertexLogicalSolutions) | (10,626.43) |
| Meta Platforms, Inc. | (136,505.92) |
| Meta Platforms, Inc. | (2,324.32) |
| Canadian Linen & Uniform Service | (112.25) |
| Minuteman Press Vancouver | (88.99) |
| Quench USA | (424.71) |
| Seattle Printworks | (854.90) |
| WestCoast Plastic Recycling Inc | (114.05) |
| Call2Recycle Canada Inc. | (1,117.07) |
| Advantage Pest Management(AdvantagePestManagement) | (95.00) |
| FrontStreet Facility Solutions, Inc. | (270.00) |
| Ford Fleet Care | (248.77) |
| The DropOut Cyclery(TheDropOutCyclery) | (120.00) |
| Andersen Tax LLC | (28,187.00) |

| | |
|---|---|
| Blue Ridge Consulting Group Inc.(Blue Ridge Consulting Group Inc.) | (8,000.00) |
| CSC Global | (140.00) |
| Rithium | (123.25) |
| McMaster-Carr | (385.77) |
| Quality Bicycle Products | (648.89) |
| Uline | (385.70) |
| 101domain | (470.28) |
| Dialpad, Inc. | (139.50) |
| DocuSign, Inc. | (4,187.79) |
| Gladly Software, Inc.(GladlySoftware) | (62,584.18) |
| inContact Inc | (1,648.00) |
| Narvar, Inc. | (12,359.20) |
| Signifyd, Inc. | (8,003.91) |
| SnowFlake Inc. SnowflakeInc | (6,896.88) |
| Tipalti | (1,046.17) |
| Beeline Connect, Inc. | (40,750.41) |
| Beeline Connect, Inc.(BeelineConnectCanada) | (3,324.97) |
| Jessica Cantwell(Jessica Cantwell) | (1,800.00) |
| Payroll Worldwide LTD.(PayrollWorldwide) | (29,110.21) |
| Shanghai CIIC Overseas Employment Service Co. ltd(CIIC) | (30,056.43) |
| King Country Treasury(KingCountyTreasury) | (29,670.66) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (90.09) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (153.46) |
| ADT Security Services | (171.89) |
| Duke Energy Corporation(DukeEnergy) | (1,868.56) |
| Super Link Plastic, Inc. | (782.48) |

2912 im13db01qk

| | |
|---|---:|
| Turner Pest Control LLC(TurnerPestControl) | (104.70) |
| Waste Management | (645.36) |
| Waste Management | (712.42) |
| Steven Hane(Steven Hane) | (73.37) |
| The Spoke Paul Rinehart | (53.50) |
| Tipalti | (32.59) |
| Navia Benefit Solutions, Inc. | (253.71) |
| The Hartford | (9,806.78) |
| US Customs and Border Protection | (689.65) |
| US Customs and Border Protection | (12,530.18) |
| US Customs and Border Protection | (66,405.03) |
| Bangkok Cycle Industrial Co., Ltd.(BangkokCycleIndustrialCo) | (4,587.07) |
| Jinhua Vision Industry Co., Ltd. | (28,159.39) |
| Tipalti | (79.26) |
| Washington State Dept of Licensing | (92.90) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (56.08) |
| Comcast Business | (608.94) |
| Spotify | (22.06) |
| Platte Band(PlatteBand) | (1,949.25) |
| Tweewielerservice Rene Korpel(TweewielerserviceReneKorpel) | (1,124.57) |
| Navia Benefit Solutions, Inc. | (125.00) |
| FIRST Insurance Funding of Canada(FirstInsuranceFundingCanada) | (14,542.46) |
| IT/Tech Misc(wXRbD6xLDAqwLSsM6Pub) | (9.99) |
| Stericycle, Inc. | (126.47) |
| Stericycle, Inc. | (125.02) |
| Stericycle, Inc. | (125.02) |

2912 im13db01qk

| | |
|---|---:|
| Stericycle, Inc. | (125.02) |
| OneTrust, LLC | (90.00) |
| Shopify | (12,917.04) |
| City of Golden - Sales Tax(CityofGolden) | (588.44) |
| Henry C. Levy, Tax Collector, Alameda County(AlamedaCounty) | (6,524.08) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (897.13) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (106.55) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (100.40) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (83.19) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (71.20) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (50.69) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (47.76) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (30.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (22.55) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (21.04) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (10.98) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (10.22) |
| Wichita Water Conditioning Inc.(CulliganDenver) | (67.90) |
| Wichita Water Conditioning Inc.(CulliganDenver) | (22.38) |
| IT Hardware(wGKkNoy1PkHDcDDvE5GP) | (147.48) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (100.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (31.47) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (7.74) |
| Reddit Inc | (34.18) |
| Waiverfile.com | (399.99) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (130.11) |

2912 im13db01qk

| | |
|---|---|
| Tipalti | (31.33) |
| United Health Care(UnitedHealthCare) | (69,847.30) |
| Bern Unlimited Inc. | (20,364.00) |
| Iuvo Industry Co., Ltd. | (3,833.00) |
| Jinhua Vision Industry Co., Ltd. | (245,857.20) |
| VELO Enterprise CO., LTD. | (7,573.03) |
| Cooley LLP(Cooley LLP) | (75,000.00) |
| DHL Express -USA | (334.68) |
| DHL Express -USA | (323.69) |
| DHL Express -USA | (2,673.31) |
| Raymond Leasing Corporation | (502.27) |
| Tipalti | (35.03) |
| City of Steamboat Springs(CitySteamboatSprings) | (3,600.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (98.98) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (79.22) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (57.56) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (21.39) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (1.21) |
| Fortis BC | (31.12) |
| The Hartford | (4,226.42) |
| United Health Care(UnitedHealthCare) | (1,020.16) |
| First Insurance Funding | (229,914.41) |
| Zendesk, Inc. | (54.07) |
| Belastingdienst Apeldoorn(BelastingdienstVAT) | (26,398.65) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (56.84) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (27.20) |

| | |
|---|---:|
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (6.96) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (5.54) |
| Paylocity | (4,339.75) |
| IT Hardware(wGKkNoy1PkHDcDDvE5GP) | (30.89) |
| IT Hardware(wGKkNoy1PkHDcDDvE5GP) | (22.06) |
| 1password | (156.64) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (237.07) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (231.66) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (33.02) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (28.38) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (17.92) |
| Cox Business - San Diego(dTGmkLeszLJBixyqoxaM) | (175.61) |
| Culligan Water Salt Lake City(CulliganSLC) | (15.36) |
| Ising's Culligan Water Conditioning | (100.10) |
| Navia Benefit Solutions, Inc. | (75.00) |
| Paylocity | (180.05) |
| Paylocity | (597,586.69) |
| Canadian Revenue Agency | (20,615.58) |
| City of Seattle Department of Finance and Admin services | (3,584.77) |
| Minister of Revenue of Quebec | (12,618.25) |
| Ministry of Finance Revenue Division - SK(MinistryofFinanceSK) | (205.98) |
| Oregon Department of Revenue OregonDepartmentofRevenue | (2,160.00) |
| Revenue Services of British Columbia | (6,671.29) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (139.07) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (50.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (36.27) |

| | |
|---|---|
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (20.01) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (6.94) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (2.35) |
| Navia Benefit Solutions, Inc. | (753.90) |
| IT Hardware(wGKkNoy1PkHDcDDvE5GP) | (71.22) |
| Paylocity | (269.04) |
| Paylocity | (22,683.85) |
| Paylocity | (396,941.14) |
| Paylocity | (835.85) |
| Canadian Revenue Agency | (3,033.82) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (198.86) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (130.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (59.52) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (26.15) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (20.02) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (5.27) |
| City of Seattle | (857.10) |
| Rocky Mountain Power | (353.22) |
| Sprout Social | (2,360.15) |
| Verizon Media Inc | (407.93) |
| Verizon Media Inc | (1,987.70) |
| Google Workspace | (4,047.88) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (2.77) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (24.36) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (68.93) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (16.79) |

| | |
|---|---|
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (12.59) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (6.40) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (2.13) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (19.19) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (59.38) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (174.60) |
| Comcast Business | (4,662.94) |
| IT/Tech Misc(wXRbD6xLDAqwLSsM6Pub) | (5.52) |
| Paylocity | (444.86) |
| Microsoft | (2,964.64) |
| Microsoft | (505.85) |
| Microsoft | (135.73) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (32.48) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (696.72) |
| ADT Security Services | (70.14) |
| City of Santa Barbara(CityOfSantaBarbara) | (1,697.31) |
| Southern California Edison | (713.58) |
| Telus | (176.26) |
| Motion(r45kX3MjBUVNKBgZRwFw) | (385.00) |
| Atlassian | (77.25) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (58.40) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (2.90) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (3.60) |
| Comcast Business | (447.12) |
| Comcast Business | (231.99) |
| Tipalti | (163.61) |

| | |
|---|---:|
| Tipalti | (67.04) |
| Navia Benefit Solutions, Inc. | (1,865.48) |
| Chuck Rogers(ChuckRogers) | (147.74) |
| Dave Selinger(Dave Selinger) | (150.00) |
| Gary Rust(Gary Rust) | (513.04) |
| Gavin Demanche(Gavin Demanche) | (125.00) |
| Jeferson Pereira(Jeferson Pereira) | (150.00) |
| Mike June(Mike June) | (175.00) |
| Palisades Tahoe Ski Holdings, LLC(PalisadesTahoe) | (9,397.67) |
| Flexport Customs Canada Inc.(FlexportCanada) | (409.33) |
| Jinhua Jobo Technology Co Ltd | (7.50) |
| Jinhua Jobo Technology Co Ltd | (360.00) |
| Jinhua Vision Industry Co., Ltd. | (376,474.48) |
| Bern Unlimited Inc. | (3,615.14) |
| BRD TRAFFIC EQUIPMENT (KUNSHAN) CO., LTD(BRDKunshan) | (20,590.00) |
| Chongqing Shengchi Zhiyan(Chongqing Shengchi Zhiyan) | (2,750.00) |
| e Canada Inc. Thule Canada Inc. | (6,008.57) |
| King-Meter Technology Co., Ltd | (141.53) |
| Nanjing Lishui Electronics Research Institute Co., Ltd. | (4,085.00) |
| Nanjing Lishui Electronics Research Institute Co., Ltd. | (652.06) |
| Shanghai PYTES Energy Co, LtdDLGShanghaiElectronicTechnologyCo | (67,885.80) |
| Shanghai PYTES Energy Co, LtdDLGShanghaiElectronicTechnologyCo | (13,158.88) |
| Suzhou Shingesun Science and Technology Co., Ltd. | (36,759.00) |
| VELO Enterprise CO., LTD. | (15,449.58) |
| AMPACC Law Group, PLLC | (4,150.00) |
| Arent Fox LLP(ArentFox) | (1,555.20) |

| | |
|---|---|
| Davis Wright Tremaine LLP | (283.50) |
| Holland & Knight LLP(HollandKnight) | (4,800.00) |
| Wilson Sonsini Goodrich & Rosati | (5,874.00) |
| Air Tiger Express Co., Ltd.(ATELogistics) | (13,349.38) |
| Air Tiger Express Co., Ltd.(ATELogistics) | (11,975.73) |
| AIT Worldwide Logistics, Inc.(AITWorldwideLogistics) | (7,210.43) |
| EDRAY CPL EDRAY | (6,246.33) |
| EDRAY CPL EDRAY | (10,789.32) |
| Fedex | (173,557.09) |
| Fedex Canada | (32,249.80) |
| Flexport International LLC(Flexport) | (700.00) |
| Flock Freight, Inc. | (11,900.76) |
| Ryder Integrated Logistics, Inc(Ryder) | (101,435.93) |
| SEKO(SEKO) | (31,462.40) |
| Vertex Logical Solutions Inc(VertexLogicalSolutions) | (31,394.06) |
| Criteo Canada Corp. | (1,262.79) |
| Impact Tech, Inc.(ImpactTech) | (5,094.86) |
| User Friendly Technology | (3,333.33) |
| Wesley Santos(WesleySantos) | (500.00) |
| Amazon Business | (1,866.71) |
| Angel's LLC | (1,259.10) |
| Aramark | (202.41) |
| Canadian Linen & Uniform Service | (112.45) |
| MOO Inc. | (160.42) |
| Seattle Printworks | (49.98) |
| Urban Impact Recycling Ltd. | (402.79) |

2912 im13db01qk

| | |
|---|---|
| WestCoast Plastic Recycling Inc | (137.94) |
| Call2Recycle Canada Inc. | (2,126.33) |
| Conex Recycling Corporation(ConexRecycling) | (225.54) |
| EcoGREEN Cleaning Inc. | (313.20) |
| Guardian Security Systems, Inc. | (3,034.04) |
| Lloyd Pest Control | (79.00) |
| Santa Barbara Backflow(SantaBarbaraBackflow) | (140.00) |
| ConServ Building Services, LLC(ConServBuildingServices) | (1,138.89) |
| Ocean Network Express PTE LTD(ONELine) | (6,735.00) |
| Sovereign Service Corp(SovereignServiceCorp) | (304.42) |
| Paylocity | (65.68) |
| Zitara Technologies, Inc(ZITARA) | (512.50) |
| CCC Beverage Company, LLC | (16,280.00) |
| GL South Shore LLC(LevelanManagementCo) | (25,501.65) |
| Hatch Family Properties, LLC | (24,684.11) |
| PC Group Retail LLC | (37,114.01) |
| Soundco Properties Ltd | (18,445.19) |
| Warrington PCI ITF Spire Value Add (West 5th) LP(WarringtonPCI) | (43,433.60) |
| West Woodland Business Center LLC | (48,259.68) |
| Quality Bicycle Products | (2,497.88) |
| Quality Bicycle Products | (2,925.43) |
| Affirm, Inc. | (1,055.62) |
| Atlassian | (1,079.46) |
| DoiT International USA Inc | (7,677.63) |
| Signifyd, Inc. | (1,721.35) |
| Solutions Granted Inc | (1,399.68) |

2912 im13db01qk

| | |
|---|---|
| Tipalti | (329.81) |
| Unwrap.ai(Unwrap.ai) | (3,000.00) |
| Jessica Cantwell(Jessica Cantwell) | (1,800.00) |
| City of Berkeley | (3,824.96) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (9.68) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (368.98) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (16.00) |
| Redwood Materials(RedwoodMaterials) | (750.00) |
| SAN DIEGO GAS & ELECTRIC | (631.63) |
| Styro Recycle LLC | (560.00) |
| Super Link Plastic, Inc. | (405.05) |
| Turner Pest Control LLC(TurnerPestControl) | (104.70) |
| Waste Harmonics Keter(Waste Harmonics Keter) | (915.42) |
| Tipalti | (6.09) |
| Principal Life Insurance Company | (18,629.89) |
| Lianne Smits(LianneSmits) | (1,467.96) |
| Flexport Customs Canada Inc.(FlexportCanada) | (105.15) |
| Chongqing Shengchi Zhiyan(Chongqing Shengchi Zhiyan) | (5,400.00) |
| Kunshan Julet Electronics Co LTD | (1,500.00) |
| EDRAY CPL EDRAY | (2,242.50) |
| Flexport International LLC(Flexport) | (675.00) |
| Vat Fiscal Representatives Holland BV | (349.76) |
| Meridian Group | (24,524.04) |
| Elevar(jfLrNnoFGFNkdqCimTkf) | (750.00) |
| Tipalti | (119.12) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (421.35) |

2912 im13db01qk

25-02183-WLH11    Doc 1    Filed 12/15/25    Entered 12/15/25 11:42:05    Pg 130 of 188

| | |
|---|---|
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (5.12) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (10.58) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (4.81) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (36.25) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (7.57) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (97.32) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (70.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (84.56) |
| EDCO Disposal Corporation | (554.57) |
| Enbridge | (8.70) |
| SAN DIEGO GAS & ELECTRIC | (1,542.78) |
| DHL Express Netherlands BV | (59.15) |
| Better Business Bureau | (133.08) |
| John Gordon | (33,501.04) |
| Steele Street Co LLC | (25,474.19) |
| Raymond Leasing Corporation | (475.22) |
| 101domain | (170.97) |
| GitHub | (91.59) |
| Tipalti | (224.63) |
| Whimsical, Inc. | (79.45) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (33.36) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (121.81) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (85.43) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (82.40) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (20.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (23.12) |

2912 im13db01qk

| | |
|---|---|
| ADT Security Services | (94.32) |
| PayCargo LLC(PayCargo) | (3,718.12) |
| Spectrum Business | (110.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (3.87) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (81.45) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (10.49) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (64.63) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (18.83) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (37.33) |
| 101domain | (82.96) |
| Microsoft | (1,322.86) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (4.10) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (4.68) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (4.28) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (175.34) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (5.23) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (3.97) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (80.76) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (4.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (12.95) |
| Navia Benefit Solutions, Inc. | (374.10) |
| DHL Express -USA | (254.22) |
| DHL Express -USA | (73.34) |
| DHL Express -USA | (353.37) |
| DHL Express -USA | (18.60) |
| DHL Express -USA | (102.21) |

2912 im13db01qk

| | |
|---|---:|
| DHL Express -USA | (18.79) |
| DHL Express -USA | (55.00) |
| DHL Express -USA | (19.92) |
| Paylocity | (24,964.34) |
| Paylocity | (369,421.27) |
| Raymond Leasing Corporation | (832.76) |
| Shopify | (4,418.67) |
| Costa Mesa Chamber of Commerce(CostaMesaCOC) | (275.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (73.80) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (22.49) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (503.70) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (5.96) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (80.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (49.15) |
| ADT Security Services | (131.90) |
| WSGR Client Trust Account(WSGR Client Trust Account) | (5,000.00) |
| DryBox DryBox | (625.14) |
| 101domain | (187.08) |
| Tipalti | (1.21) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (17.32) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (18.79) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (71.03) |
| Tipalti | (73.88) |
| Tipalti | (60.59) |
| Manulife(Manulife) | (1,503.91) |
| Brian Laffler(Brian Laffler) | (153.00) |

| | |
|---|---|
| Evan DeKaser(Evan DeKaser) | (150.00) |
| Justin Benguerel(Justin Benguerel - Fall Line Sports) | (40.00) |
| Laura Glass(LauraGlass) | (100.00) |
| Flexport Customs Canada Inc.(FlexportCanada) | (535.00) |
| Flexport Customs Canada Inc.(FlexportCanada) | (805.68) |
| Flexport Customs Canada Inc.(FlexportCanada) | (829.93) |
| Nanjing Lishui Electronics Research Institute Co., Ltd. | (35,015.00) |
| Shanghai PYTES Energy Co, LtdDLGShanghaiElectronicTechnologyCo | (67,783.37) |
| Suzhou Shingesun Science and Technology Co., Ltd. | (23,019.68) |
| AMPACC Law Group, PLLC | (600.00) |
| Arent Fox LLP(ArentFox) | (428.00) |
| Kiernan Trebach LLP(KiernanTrebachLLP) | (372.00) |
| TILLEKE AND GIBBINS (VN) LTD | (11.38) |
| EDRAY CPL EDRAY | (3,975.00) |
| EDRAY CPL EDRAY | (9,591.75) |
| Fedex | (4,980.03) |
| Fedex | (241.76) |
| Fedex Canada | (870.79) |
| Fedex Canada | (6.74) |
| Flexport International LLC(Flexport) | (235.00) |
| Flexport International LLC(Flexport) | (128.23) |
| PayCargo LLC(PayCargo) | (4,642.46) |
| Ryder Integrated Logistics, Inc(Ryder) | (74,550.00) |
| SEKO(SEKO) | (34,708.47) |
| Brandwell(Brandwell) | (1,304.24) |
| Google | (137,761.46) |

2912 im13db01qk

| | |
|---|---|
| Google | (17,410.10) |
| Impact Tech, Inc.(ImpactTech) | (15,284.58) |
| Mountains to Sound LLC(Mountains to Sound LLC) | (15,000.00) |
| Amazon Business | (2,027.67) |
| Amazon Business | (176.69) |
| Aramark | (3,312.30) |
| Aramark | (111.88) |
| Canadian Linen & Uniform Service | (112.45) |
| Poster Guard | (66.17) |
| Urban Impact Recycling Ltd. | (402.79) |
| Welch Equipment Company(WelchEquipmentCompany) | (390.81) |
| WestCoast Plastic Recycling Inc | (324.33) |
| Advantage Pest Management(AdvantagePestManagement) | (95.00) |
| Conex Recycling Corporation(ConexRecycling) | (225.54) |
| EcoGREEN Cleaning Inc. | (626.39) |
| Lloyd Pest Control | (79.00) |
| Ocean Network Express PTE LTD(ONELine) | (1,571.00) |
| Blue Ridge Consulting Group Inc.(Blue Ridge Consulting Group Inc.) | (8,000.00) |
| CSC Global | (70.00) |
| Infotrac, Inc(Infotrac) | (875.00) |
| Rithium | (118.00) |
| ROUNDHOUSE CONSULTING | (6,250.00) |
| Turning Point LLC | (6,000.00) |
| McMaster-Carr | (1,171.13) |
| Quality Bicycle Products | (3,574.68) |
| Quality Bicycle Products | (773.92) |

44

| | |
|---|---|
| Quality Bicycle Products | (816.63) |
| Uline | (1,228.47) |
| Uline Canada Corporation | (150.14) |
| Dialpad, Inc. | (388.69) |
| DocuSmart Inc. (dba Lexion) DocuSmartInc | (2,482.88) |
| DoiT International USA Inc | (59.49) |
| Extend, Inc. | (3,868.65) |
| Gladly Software, Inc.(GladlySoftware) | (2,604.78) |
| Klaviyo Software | (11,293.77) |
| Oracle America, Inc.(Oracle) | (7,177.35) |
| Retool | (409.40) |
| Signifyd, Inc. | (5,941.36) |
| Tipalti | (3,462.67) |
| Tipalti | (271.85) |
| Beeline Connect, Inc.(BeelineConnectCanada) | (39,031.45) |
| Beeline Connect, Inc.(BeelineConnectCanada) | (2,029.83) |
| Velofix Holdings USA I | (6,200.42) |
| Paylocity | (207.87) |
| Adecco Personnel Co., LTD | (3,988.28) |
| ADECCO VIETNAM JOINT STOCK COMPANY | (7,952.60) |
| e-Performax Centers Inc.(ePerformaxCentersInc) | (50,101.59) |
| INTEGS CLOUD TECHNOLOGIES PRIVATE LIMITED(IntegsCloud) | (9,120.00) |
| Jacqui Trent(Jacqui Trent) | (1,783.00) |
| Jessica Cantwell(Jessica Cantwell) | (900.00) |
| Payroll Worldwide LTD.(PayrollWorldwide) | (29,110.21) |
| Velofix Holdings Ltd. | (2,676.25) |

2912 im13db01qk

| | |
|---|---:|
| Avalara | (205,653.61) |
| City of Berkeley | (3,276.71) |
| City of Seattle, FAS Treasury Cashiers - AUDIT | (6,915.06) |
| AT&T | (74.90) |
| Frontier Communications(Frontier) | (59.99) |
| Southern California Edison | (727.59) |
| Styro Recycle LLC | (560.00) |
| Super Link Plastic, Inc. | (469.12) |
| Synergy Building Services, INC. | (335.83) |
| Turner Pest Control LLC(TurnerPestControl) | (104.70) |
| Navia Benefit Solutions, Inc. | (25.00) |
| Craig Butcher(Craig Butcher) | (138.13) |
| Repair and Run Paris Etoile(RepairAndRunParisEtoile) | (157.66) |
| Cooley LLP(Cooley LLP) | (50,000.00) |
| Grunecker Patent und Rechtsanwalte PartG mbB | (197.33) |
| Verizon Wireless | (180.68) |
| Adobe | (2,122.70) |
| Scribe(ntB8gaWnELdxpHVxnjVx) | (82.76) |
| ShipStation.com | (148.96) |
| Tipalti | (18.37) |
| Paylocity | (53.15) |
| Paylocity | (22,148.93) |
| Paylocity | (261,499.33) |
| ShipStation.com | (60.68) |
| Tipalti | (1,152.71) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (58.83) |

| | |
|---|---:|
| ADT Security Services | (82.10) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (100.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (65.45) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (43.31) |
| Dropbox | (99.32) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (25.71) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (32.67) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (51.78) |
| Comcast Business | (936.65) |
| Principal Life Insurance Company | (18,325.10) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (20.00) |
| Comcast Business | (417.48) |
| Puget Sound Energy | (190.98) |
| Puget Sound Energy | (710.58) |
| First Legal Network(First Legal Network) | (435.40) |
| MarBorg Industries(MarBorg) | (110.00) |
| Belastingdienst Apeldoorn(BelastingdienstVAT) | (10,900.67) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (225.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (56.13) |
| ADT Security Services | (156.57) |
| Con Edison(ConEdison) | (1,179.95) |
| Pacific Gas and Electric (PG&E) | (2,096.46) |
| Wichita Water Conditioning Inc.(CulliganDenver) | (12.38) |
| Tipalti | (32.66) |
| Tipalti | (24.18) |
| Flexport Customs Canada Inc.(FlexportCanada) | (199.03) |

| | |
|---|---|
| Bangkok Cycle Industrial Co., Ltd.(BangkokCycleIndustrialCo) | (3,099.03) |
| Jinhua Jobo Technology Co Ltd | (12,073.05) |
| Shanghai PYTES Energy Co, LtdDLGShanghaiElectronicTechnologyCo | (2,269.74) |
| Shanghai PYTES Energy Co, LtdDLGShanghaiElectronicTechnologyCo | (102,950.00) |
| Thule Inc | (30,922.50) |
| Beehive Fire Investigation LLC(Beehive Fire Investigation LLC) | (225.00) |
| Kiernan Trebach LLP(KiernanTrebachLLP) | (147.00) |
| Murchison & Cumming, LLP(MurchisonCumming) | (900.00) |
| Norton Rose Fulbright Canada LLP(NortonRoseFulbrightCanada) | (6,538.75) |
| Sedgwick Claims Management Services, Inc.(Sedgwick) | (2,923.00) |
| Wilson Sonsini Goodrich & Rosati | (70,007.50) |
| AIT Worldwide Logistics, Inc.(AITWorldwideLogistics) | (134.82) |
| DHL Express -USA | (54.93) |
| DHL Express -USA | (438.38) |
| DHL Express -USA | (145.37) |
| DHL Express -USA | (57.29) |
| DHL Express -USA | (29.34) |
| DHL Express -USA | (1,998.41) |
| EDRAY CPL EDRAY | (185.32) |
| EDRAY CPL EDRAY | (510.96) |
| Fedex | (21.75) |
| Fedex | (257.02) |
| Fedex Canada | (9.90) |
| Fedex Canada | (108.56) |
| Flexport International LLC(Flexport) | (300.00) |
| PayCargo LLC(PayCargo) | (6,803.57) |

2912 im13db01qk

| | |
|---|---|
| Ryder Integrated Logistics, Inc(Ryder) | (164,450.00) |
| Digital Junkfood LLC(ColtonJacobs) | (4,100.00) |
| Google | (4,047.88) |
| Mountains to Sound LLC(Mountains to Sound LLC) | (15,000.00) |
| RFI Enterprises Inc. | (453.94) |
| Aramark | (648.95) |
| Aramark | (117.33) |
| Minuteman Press Vancouver | (31.95) |
| Cornerstone Mechanical Inc.(CornerstoneMechanical) | (1,665.00) |
| CSC Global | (99.00) |
| Predictiv Research Inc.,(Predictiv Research Inc.,) | (18,750.00) |
| Turning Point LLC | (14,000.00) |
| McMaster-Carr | (54.89) |
| Avalara | (229.89) |
| Klaviyo Software | (1,070.00) |
| Tipalti | (196.92) |
| INTEGS CLOUD TECHNOLOGIES PRIVATE LIMITED(IntegsCloud) | (4,800.00) |
| Jacqui Trent(Jacqui Trent) | (3,480.00) |
| Jessica Cantwell(Jessica Cantwell) | (900.00) |
| Payroll Worldwide LTD.(PayrollWorldwide) | (33,152.99) |
| Praella(Praella) | (3,000.00) |
| City of Steamboat Springs(CitySteamboatSprings) | (3,600.00) |
| City of Steamboat Springs(CitySteamboatSprings) | (3,600.00) |
| City of Steamboat Springs(CitySteamboatSprings) | (3,600.00) |
| City of Steamboat Springs(CitySteamboatSprings) | (1,312.49) |
| City of Steamboat Springs(CitySteamboatSprings) | (3,600.00) |

| | |
|---|---:|
| City of Steamboat Springs(CitySteamboatSprings) | (3,600.00) |
| City of Steamboat Springs(CitySteamboatSprings) | (3,600.00) |
| City of Steamboat Springs(CitySteamboatSprings) | (3,600.00) |
| City of Steamboat Springs(CitySteamboatSprings) | (3,600.00) |
| City of Steamboat Springs(CitySteamboatSprings) | (3,600.00) |
| City of Steamboat Springs(CitySteamboatSprings) | (3,600.00) |
| City of Steamboat Springs(CitySteamboatSprings) | (3,600.00) |
| Pinellas County Tax(PinellasCountyTax) | (1,876.15) |
| State of Texas(StateOfTexas) | (114.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (22.07) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (75.00) |
| Frontier Communications(Frontier) | (99.99) |
| Navia Benefit Solutions, Inc. | (1,842.40) |
| Eugenie Quartier(Eugenie Quartier) | (173.22) |
| Marijke van Hilten(Marijke van Hilten) | (91.23) |
| Woodruff-Sawyer & Company | 32,501.00 |
| Paylocity | (99,743.56) |
| Raymond Leasing Corporation | (613.51) |
| Tipalti | (2,154.73) |
| Shanghai CIIC Overseas Employment Service Co. ltd(CIIC) | (52,876.15) |
| Shanghai CIIC Overseas Employment Service Co. ltd(CIIC) | (30,466.72) |
| Manitoba Finance, Taxation Division(ManitobaFinance) | (379.34) |
| Manitoba Finance, Taxation Division(ManitobaFinance) | (385.22) |
| Manitoba Finance, Taxation Division(ManitobaFinance) | (90.20) |
| Minnesota Department of Revenue(MinnesotaDeptOfRev) | (135.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (144.47) |

| | |
|---|---:|
| Platte Band(PlatteBand) | (251.75) |
| Tweewielerservice Rene Korpel(TweewielerserviceReneKorpel) | (204.98) |
| PayCargo LLC(PayCargo) | (6,803.57) |
| PAYLOCITY | (4,770.14) |
| Hubspot Inc. | (746.34) |
| Canadian Revenue Agency | (9,111.30) |
| State of Delaware Tax(StateOfDelaware) | (10,000.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (50.75) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (47.49) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (24.95) |
| GOOD TO GO! | (4.20) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (82.01) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (37.44) |
| Shopify | (12,471.24) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (70.01) |
| Comcast Business | (608.94) |
| Spotify | (22.06) |
| Tipalti | (64.61) |
| Tipalti | (36.52) |
| Navia Benefit Solutions, Inc. | (51.20) |
| The Hartford | (9,816.75) |
| Ethan Wheeler(Ethan Wheeler) | (254.14) |
| Jonny Rock Bikes(JonnyRockBikes) | (150.00) |
| MICHAEL BARRETT(MICHAEL BARRETT) | (200.00) |
| Flexport Customs Canada Inc.(FlexportCanada) | (210.30) |
| FIRST Insurance Funding of Canada(FirstInsuranceFundingCanada) | (14,569.61) |

| | |
|---|---:|
| Woodruff-Sawyer & Company | (17,466.50) |
| Bangkok Cycle Industrial Co., Ltd.(BangkokCycleIndustrialCo) | (5,288.44) |
| Bangkok Cycle Industrial Co., Ltd.(BangkokCycleIndustrialCo) | (445.73) |
| Jinhua Jobo Technology Co Ltd | (2,700.00) |
| Nanjing Lishui Electronics Research Institute Co., Ltd. | (28,165.00) |
| Shanghai PYTES Energy Co, LtdDLGShanghaiElectronicTechnologyCo | (357.30) |
| IT/Tech Misc(wXRbD6xLDAqwLSsM6Pub) | (9.99) |
| Burges Salmon LLP | (468.15) |
| Fasken Martineau DuMoulin LLP | (53.65) |
| Jones, Skelton and Hochuli PLC(JONES SKELTON AND HOCHULI) | (28.00) |
| Murchison & Cumming, LLP(MurchisonCumming) | (137.50) |
| SF SubroIQ Trust Account(Jeff and Shelly Jacobs) | (5,000.00) |
| Wilson Sonsini Goodrich & Rosati | (8,731.00) |
| AIT Worldwide Logistics, Inc.(AITWorldwideLogistics) | (42,922.86) |
| AIT Worldwide Logistics, Inc.(AITWorldwideLogistics) | (8,232.74) |
| DHL Express -USA | (2,831.13) |
| DHL Express -USA | (29.34) |
| DHL Express -USA | (461.44) |
| EDRAY CPL EDRAY | (42.66) |
| Ryder Integrated Logistics, Inc(Ryder) | (84,744.32) |
| Creative Circle LLC | (77.43) |
| Aramark | (585.22) |
| Canadian Linen & Uniform Service | (112.45) |
| Minuteman Press Vancouver | (54.43) |
| Poster Guard | (210.35) |
| WestCoast Plastic Recycling Inc | (112.05) |

| | |
|---|---:|
| HLC Cycles Lambert | (169.59) |
| Advantage Pest Management(AdvantagePestManagement) | (95.00) |
| Blue Ridge Consulting Group Inc.(Blue Ridge Consulting Group Inc.) | (8,000.00) |
| Predictiv Research Inc.,(Predictiv Research Inc.,) | (18,750.00) |
| ROUNDHOUSE CONSULTING | (2,625.00) |
| Quality Bicycle Products | (236.19) |
| OneTrust, LLC | (90.00) |
| Tipalti | (141.67) |
| Beeline Connect, Inc. | (904.62) |
| e-Performax Centers Inc.(ePerformaxCentersInc) | (53,514.14) |
| Jacqui Trent(Jacqui Trent) | (400.00) |
| Jessica Cantwell(Jessica Cantwell) | (1,200.00) |
| ADT Security Services | (118.31) |
| Duke Energy Corporation(DukeEnergy) | (1,484.27) |
| Waste Management | (645.36) |
| Waste Management | (713.13) |
| Tipalti | (1.22) |
| Tipalti | (6.09) |
| The Hartford | (4,069.87) |
| United Health Care(UnitedHealthCare) | (75,342.16) |
| John Martino(John Martino) | (100.00) |
| US Customs and Border Protection | (51,208.01) |
| US Customs and Border Protection | (1,118.96) |
| US Customs and Border Protection | (1,650.20) |
| US Customs and Border Protection | (9,630.29) |
| US Customs and Border Protection | (9,001.84) |

| | |
|---|---|
| US Customs and Border Protection | (2,715.98) |
| US Customs and Border Protection | (4,668.92) |
| US Customs and Border Protection | (2,053.99) |
| US Customs and Border Protection | (65,068.45) |
| US Customs and Border Protection | (65,294.60) |
| Bangkok Cycle Industrial Co., Ltd.(BangkokCycleIndustrialCo) | (239.13) |
| Metaline | (7,328.00) |
| Meta Platforms, Inc. | (41,497.51) |
| Poster Guard | (106.23) |
| Hilco Corporate Finance, LLC | (25,000.00) |
| ROUNDHOUSE CONSULTING | (625.00) |
| ROUNDHOUSE CONSULTING | (750.00) |
| Vat Fiscal Representatives Holland BV | (687.08) |
| Raymond Leasing Corporation | (502.27) |
| Tipalti | (159.28) |
| Beeline Connect, Inc. | (47,000.00) |
| Beeline Connect, Inc.(BeelineConnectCanada) | (2,145.92) |
| Adecco Personnel Co., LTD | (13,126.91) |
| ADECCO VIETNAM JOINT STOCK COMPANY | (14,420.37) |
| Fortis BC | (33.32) |
| Platte Band(PlatteBand) | (79.68) |
| Affiliate Partners LLC | (17,000.00) |
| Tipalti | (206.29) |
| Waiverfile.com | (399.99) |
| Shanghai CIIC Overseas Employment Service Co. ltd(CIIC) | (7,237.23) |
| Blue Star Services Group(BlueStarRecycling) | (250.00) |

| | |
|---|---|
| 101domain | (31.18) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (10.74) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (82.01) |
| Navia Benefit Solutions, Inc. | (150.00) |
| Paylocity | (23,130.35) |
| DHL Express -USA | (22.14) |
| DHL Express -USA | (28.54) |
| DHL Express -USA | (164.04) |
| Paylocity | (261,005.35) |
| Paylocity | (99,145.52) |
| 101domain | (31.18) |
| Zendesk, Inc. | (54.07) |
| Canadian Revenue Agency | (7,077.89) |
| Canadian Revenue Agency | (9,158.23) |
| Canadian Revenue Agency | (7,151.67) |
| Canadian Revenue Agency | (604.41) |
| Canadian Revenue Agency | (7,624.53) |
| Canadian Revenue Agency | (11,094.64) |
| Minister of Revenue of Quebec | (3,068.00) |
| Minister of Revenue of Quebec | (1,644.31) |
| Ministry of Finance Revenue Division - SK(MinistryofFinanceSK) | (90.41) |
| Ministry of Finance Revenue Division - SK(MinistryofFinanceSK) | (475.08) |
| Ministry of Finance Revenue Division - SK(MinistryofFinanceSK) | (450.58) |
| Ministry of Finance Revenue Division - SK(MinistryofFinanceSK) | (141.24) |
| Ministry of Finance Revenue Division - SK(MinistryofFinanceSK) | (35.54) |
| Revenue Services of British Columbia | (306.41) |

| | |
|---|---:|
| Revenue Services of British Columbia | (236.76) |
| Revenue Services of British Columbia | (144.72) |
| Revenue Services of British Columbia | (156.60) |
| Revenue Services of British Columbia | (3,471.76) |
| Revenue Services of British Columbia | (184.51) |
| Revenue Services of British Columbia | (399.58) |
| Ising's Culligan Water Conditioning | (53.50) |
| 1password | (156.64) |
| Cox Business - San Diego(dTGmkLeszLJBixyqoxaM) | (175.61) |
| Paylocity | (22,434.74) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (45.00) |
| First Insurance Funding | (229,914.41) |
| Tipalti | (1.12) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (187.54) |
| 1440194180 / UMB BANK HSA | (1,842.40) |
| 9PFGPRINC0 / PRINCIPAL LIFE P | (13,655.17) |
| Culligan Water Salt Lake City(CulliganSLC) | (61.17) |
| Keter Environmental Services, LLC(KeterEnvironmentalServices) | (915.42) |
| Southern California Edison | (885.33) |
| Telus | (184.13) |
| Tipalti | (25.23) |
| Cole Thompson(Cole Thompson) | (109.00) |
| Decio Gorton(Decio Gorton) | (107.00) |
| Nina Lane(Nina Lane) | (70.00) |
| Bangkok Cycle Industrial Co., Ltd.(BangkokCycleIndustrialCo) | (138.40) |
| Iuvo Industry Co., Ltd. | (294.10) |

2912 im13db01qk

| | |
|---|---:|
| CONG TY TNHH NANG LUONG PYTES VIET NAM | (104,960.00) |
| Shanghai PYTES Energy Co, LtdDLGShanghaiElectronicTechnologyCo | (90,037.00) |
| IT/Tech Misc(wXRbD6xLDAqwLSsM6Pub) | (5.52) |
| Fedex | (47.09) |
| Fedex Canada | (13,212.34) |
| Ryder Integrated Logistics, Inc(Ryder) | (250,449.49) |
| SEKO(SEKO) | (37,587.49) |
| Vertex Logical Solutions Inc(VertexLogicalSolutions) | (22,663.46) |
| Affiliate Partners LLC | (22,000.00) |
| Impact Tech, Inc.(ImpactTech) | (39,348.22) |
| Call2Recycle Canada Inc. | (624.26) |
| The DropOut Cyclery(TheDropOutCyclery) | (170.00) |
| Warrington PCI ITF Spire Value Add (West 5th) LP(WarringtonPCI) | (45,375.41) |
| Gladly Software, Inc.(GladlySoftware) | (455.52) |
| Oracle, Dext Capital, LLC | (133,516.83) |
| Tipalti | (140.12) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (32.54) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (26.20) |
| ADT Security Services | (75.79) |
| Synergy Building Services, INC. | (335.83) |
| Dominiek Derhore(Dominiek Derhore) | (260.77) |
| Miles Zielin and Lederer & Nojima, LLP(Lederer and Nojima LLP) | (12,000.00) |
| Atlassian | (77.25) |
| Tipalti | (11.35) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (92.02) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (26.91) |

| | |
|---|---:|
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (13.61) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (4.61) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (71.24) |
| Comcast Business | (231.99) |
| Comcast Business | (447.12) |
| Enbridge | (95.68) |
| Rocky Mountain Power | (292.91) |
| Raymond Leasing Corporation | (475.22) |
| Atlassian | (1,079.46) |
| Tipalti | (367.45) |
| City of Santa Barbara(CityOfSantaBarbara) | (1,687.71) |
| Comcast Business | (4,662.94) |
| SAN DIEGO GAS & ELECTRIC | (660.63) |
| Elevar(jfLrNnoFGFNkdqCimTkf) | (950.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (38.00) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (22.41) |
| GitHub | (91.59) |
| Whimsical, Inc. | (79.45) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (71.20) |
| Tipalti | (6.25) |
| Fedex Canada | (45,612.03) |
| Better Business Bureau | (133.08) |
| Tipalti | (367.45) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (94.29) |
| ADT Security Services | (94.32) |
| EDCO Disposal Corporation | (554.57) |

| | |
|---|---|
| SAN DIEGO GAS & ELECTRIC | (930.48) |
| Paylocity | (366,078.39) |
| Shopify | (4,490.78) |
| Tipalti | (3,405.48) |
| Tipalti Card Transaction(s1ZD3751Afd23mWKghZb) | (54.62) |
| 8881323080 / ADT SECURITY SER | (142.43) |
| Vertex Logical Solutions Inc(VertexLogicalSolutions) | (7.14) |
| Tipalti | (2.50) |
| Tipalti | (18.74) |
| Avy AMAR(Avy AMAR) | (1,799.68) |
| Ferris Smart(Ferris Smart) | (156.93) |
| ABUS USA LLC(ABUSUSA) | (3,403.00) |
| Shanghai PYTES Energy Co, LtdDLGShanghaiElectronicTechnologyCo | (4,065.20) |
| Holland & Knight LLP(HollandKnight) | (125,000.00) |
| AIT Worldwide Logistics, Inc.(AITWorldwideLogistics) | (157,827.70) |
| AIT Worldwide Logistics, Inc.(AITWorldwideLogistics) | (10,955.47) |
| Fedex | (172,931.82) |
| Fedex Canada | (6,390.28) |
| Ryder Integrated Logistics, Inc(Ryder) | (480,570.78) |
| SEKO(SEKO) | (57,479.25) |
| Affiliate Partners LLC | (16,500.00) |
| Creative Circle LLC | (5.02) |
| Google | (106,098.90) |
| Google | (11,287.29) |
| Impact Tech, Inc.(ImpactTech) | (5,094.86) |
| Wesley Santos(WesleySantos) | (500.00) |

| | |
|---|---|
| Aramark | (956.57) |
| Predictiv Research Inc.,(Predictiv Research Inc.,) | (17,970.00) |
| Raymond Leasing Corporation | (832.75) |
| Tipalti | (82.16) |
| Beeline Connect, Inc.(BeelineConnectCanada) | (1,133.16) |
| Jacqui Trent(Jacqui Trent) | (3,200.00) |
| Jessica Cantwell(Jessica Cantwell) | (1,800.00) |
| Praella(Praella) | (3,000.00) |
| BC Hydro | (792.31) |
| 1911467758 / NAVIA BENEFIT SO | (100.00) |
| Michelle PARMAN(Michelle PARMAN) | (435.76) |
| DryBox DryBox | (625.14) |
| Tipalti | (53.79) |
| Canadian Revenue Agency | (13,276.34) |
| Manitoba Finance, Taxation Division(ManitobaFinance) | (269.35) |
| Ministry of Finance Revenue Division - SK(MinistryofFinanceSK) | (15.90) |
| Revenue Services of British Columbia | (5,801.53) |
| 5330903620 / CULLIGAN OF DENV | (67.90) |
| Beeline Connect, Inc.(BeelineConnectCanada) | (4.14) |
| AMPACC Law Group, PLLC | (3,000.00) |
| Arent Fox LLP(ArentFox) | (26,057.80) |
| BARNES & THORNBURG LLP(BARNES THORNBURG LLP) | (12,560.00) |
| Ryder Integrated Logistics, Inc(Ryder) | (81,612.74) |
| Vertex Logical Solutions Inc(VertexLogicalSolutions) | (32,445.79) |
| Avalara | (286,303.44) |
| Minister of Revenue of Quebec | (5,433.22) |

60

2912 im13db01qk

# United States Bankruptcy Court
## Eastern District of Washington

In re **Rad Power Bikes Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **See attached list** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **December 15, 2025**

Signature **/s/ Angelina M. Smith**

**Angelina M. Smith**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# Rad Power Bikes Inc. Detailed Cap Table

As of 11/3/2025 • Generated by Elaine Norris (elaine.moravec@radpowerbikes.com) at 11/03/2025 11:34:59 PDT • Date format: MM/DD/YYYY

| Name | Common Stock | Preferred Stock | Outstanding Shares | Outstanding Ownership |
|---|---|---|---|---|
| VCVC V LLC | | 10,775,025 | 10,775,025 | 6.551% |
| Durable Capital Master Fund LP | | 9,522,911 | 9,522,911 | 5.789% |
| Arno Saladin | 100 | | 100 | 0.000% |
| Aubrey Taylor | 2,000 | | 2,000 | 0.001% |
| Batur Oktay | 16,666 | | 16,666 | 0.010% |
| Brooks Larsen | 163,543 | | 163,543 | 0.099% |
| Bryan Ford | 2,000 | | 2,000 | 0.001% |
| Christoffer Seko | 1,000 | | 1,000 | 0.001% |
| Christopher Porter | 18,000 | | 18,000 | 0.011% |
| James Ransier | 1,400 | | 1,400 | 0.001% |
| Jed Paulson | 40,014 | | 40,014 | 0.024% |
| Kay Lee | 1,600 | | 1,600 | 0.001% |
| Leah Hunkins | 19,500 | | 19,500 | 0.012% |
| Marimar White-Espin | 1,976,000 | | 1,976,000 | 1.201% |
| Mike McBreen | 450,000 | | 450,000 | 0.274% |
| Pam Keenan Fritz | 115,442 | | 115,442 | 0.070% |
| Redwood Stephens | 66,466 | | 66,466 | 0.040% |
| Scott Vandivort | 620,000 | | 620,000 | 0.377% |
| Tyler Collins | 6,956,499 | | 6,956,499 | 4.229% |
| FIAM Target Date Blue Chip Growth Commingled Po | 73,811 | 118,788 | 192,599 | 0.117% |
| Fidelity Advisor Series I: Fidelity Advisor Growth Opp | 382,384 | 661,715 | 1,044,099 | 0.635% |
| Fidelity Advisor Series I: Fidelity Advisor Series Gro | 13,874 | 21,623 | 35,497 | 0.022% |
| Fidelity Blue Chip Growth Commingled Pool (Mag & | 32,117 | 60,863 | 92,980 | 0.057% |
| Fidelity Blue Chip Growth Institutional Trust (THISBE | 2,556 | 4,244 | 6,800 | 0.004% |
| Fidelity Canadian Growth Company Fund (THISBE & | | 131,500 | 131,500 | 0.080% |
| Fidelity Contrafund Commingled Pool (Mag & Co fbo | 728,867 | 1,204,533 | 1,933,400 | 1.175% |
| Fidelity Contrafund: Fidelity Advisor New Insights Fu | 376,847 | 654,112 | 1,030,959 | 0.627% |
| Fidelity Contrafund: Fidelity Advisor New Insights Fu | 97,605 | 62,796 | 160,401 | 0.098% |
| Fidelity Contrafund: Fidelity Contrafund (Mag & Co ft | 2,588,458 | 3,994,442 | 6,582,900 | 4.002% |
| Fidelity Contrafund: Fidelity Contrafund K6 (Booth & | 331,574 | 618,226 | 949,800 | 0.577% |
| Fidelity Contrafund: Fidelity Series Opportunistic Insi | 145,919 | 221,581 | 367,500 | 0.223% |
| Fidelity Global Innovators Investment Trust (THISBE | | 169,100 | 169,100 | 0.103% |
| Fidelity Growth Company Commingled Pool (Mag & | 1,170,885 | 1,915,615 | 3,086,500 | 1.876% |
| Fidelity Insights Investment Trust (Thisbe & Co fbo F | 124,074 | 225,926 | 350,000 | 0.213% |
| Fidelity Mt. Vernon Street Trust : Fidelity Growth Cor | 171,416 | 329,884 | 501,300 | 0.305% |
| Fidelity Mt. Vernon Street Trust: Fidelity Growth Com | 1,182,568 | 1,832,132 | 3,014,700 | 1.833% |
| Fidelity Mt. Vernon Street Trust: Fidelity Series Grow | 249,183 | 376,218 | 625,401 | 0.380% |
| Fidelity NorthStar Fund - Sub 2 (THISBE & CO fbo F | 51,114 | 77,986 | 129,100 | 0.078% |
| Fidelity Securities Fund: Fidelity Blue Chip Growth F | 928,091 | 1,464,108 | 2,392,199 | 1.454% |
| Fidelity Securities Fund: Fidelity Blue Chip Growth K | 101,681 | 168,218 | 269,899 | 0.164% |
| Fidelity Securities Fund: Fidelity Series Blue Chip Gr | 110,210 | 70,905 | 181,115 | 0.110% |
| FIDELITY SPECIAL SITUATIONS FUND (THISBE & | | 47,700 | 47,700 | 0.029% |
| Fidelity U.S. Growth Opportunities Investment Trust ( | 4,442 | 8,758 | 13,200 | 0.008% |
| FMR Capital, Inc. Flex Pilot Portfolio (ISLANDMOOF | 2,484 | 4,499 | 6,983 | 0.004% |
| MV Direct 3, LLC | | 6,784,000 | 6,784,000 | 4.124% |
| VC DIRECT NO 1, LLC | | 6,343,000 | 6,343,000 | 3.856% |
| MIKE AND HUGHS BIKE COMPANY LLC | | 6,891,800 | 6,891,800 | 4.190% |
| Mike Radenbaugh | 67,926,962 | | 67,926,962 | 41.295% |
| Counterpoint Ventures Investor Fund LP | | 1,296,967 | 1,296,967 | 0.788% |
| Counterpoint Ventures Master Fund LP | | 5,548,201 | 5,548,201 | 3.373% |
| Paul D. Hewson | | 417,370 | 417,370 | 0.254% |
| T. Rowe Price All-Cap Opportunities Fund | 1,851,771 | | 1,851,771 | 1.126% |
| T. Rowe Price All-Cap Opportunities Portfolio | 92,335 | | 92,335 | 0.056% |
| T. Rowe Price Global Allocation Fund, Inc. | 16,193 | | 16,193 | 0.010% |
| T. Rowe Price Small-Cap Value Fund, Inc. | 3,355,939 | | 3,355,939 | 2.040% |
| T. Rowe Price U.S. Equities Trust | 56,652 | | 56,652 | 0.034% |
| T. Rowe Price U.S. Small-Cap Value Equity Trust | 1,251,784 | | 1,251,784 | 0.761% |
| Variable Insurance Products Fund II: VIP Contrafund | 401,674 | 535,456 | 937,130 | 0.570% |
| Variable Insurance Products Fund III: VIP Growth Op | 56,634 | 91,366 | 148,200 | 0.090% |
| The Rise Fund II Radcliffe, L.P. | 4,074,093 | 2,594,752 | 6,668,845 | 4.054% |
| Drake Holdings 2022 Trust | 286,652 | | 286,652 | 0.174% |
| MDK Rad Trust | 513,333 | | 513,333 | 0.312% |
| Scenic Co-Invest Midnight Ride, LP | 39,882 | | 39,882 | 0.024% |
| TOTAL | 99,244,494 | 65,246,320 | 164,490,814 | 100.000% |

**United States Bankruptcy Court**
**Eastern District of Washington**

In re  Rad Power Bikes Inc.

Debtor(s)

Case No.
Chapter  11

## LIST OF EQUITY SECURITY HOLDERS
## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____

Signature _____
Angelina M. Smith

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Washington

In re **Rad Power Bikes Inc.** 

Debtor(s)

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **December 15, 2025**

**/s/ Angelina M. Smith**

**Angelina M. Smith**/**Chief Executive Officer**
Signer/Title

In re  **Rad Power Bikes Inc.**                          Case No.

                                    Debtor(s)             Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date: _____          _____
                                         Angelina M. Smith/Chief Executive Officer
                                         Signer/Title

```
Rad Power Bikes Inc.
1121 NW 52nd Street
Seattle, WA 98107


Armand J. Kornfeld
Bush Kornfeld LLP
601 Union St., Suite 5000
Seattle, WA 98101-2373


US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438


Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


WA Dept of Rev-SEA
Bankruptcy/Claims Unit
2101 4th Ave  #1400
Seattle, WA 98121-2300


WA Dept of L&I-OLY
Collections
PO Box 44170
Olympia, WA 98504-4170


WA Dept of Emp Sec-OLY
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046
```

WA Attorney General
Bankruptcy & Collections Unit
800 5th Ave  #2000
Seattle, WA 98104


United States of America
Internal Revenue Service
915 Second Ave.
Seattle, WA 98174


Attorney General of the
 United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001


U.S. Small Business Admin
Legal Dept.
2401 Fourth Ave. #450
Seattle, WA 98121


U.S. Dept. of Justice
U.S. Attorney's Office, EDWA
PO Box 1494
Spokane, WA 99210-1494


19 Kent Acquisition LLC
2929 Arch Street, 28th Floor
Philadelphia, PA 19104-2868


2 Wheel Analysis Ltd
78 Dawson Village Way N
Suite 140-333
Dawsonville, GA 30534-7168


ABUS USA LLC
23910 N 19th Ave Suite 56
Phoenix, AZ 85085

Affiliate Partners LLC
144 W Brigham Rd Ste 8a
St. George, OR 84790


Affirm, Inc.
650 California Street, Fl 12
San Francisco, CA 94108


AIT Worldwide Logistics, Inc.
2 Pierce Place
Itasca, IL 60143


Amazon Business
PO Box 035184
Seattle, WA 98124


American Family Mutual
a/s/o Colosimo, Barbara, Thomas
256 Spring Street
St. Paul, MN 55102


American Strategic Ins. Co.
 a/s/o McCarty, Richard
4525 Fell Mist Way
Castle Rock, CO 80109


AMPACC Law Group, PLLC
6100 219th Street SW Suite 580
Mountlake Terrace, WA 98043


Andersen Tax
2045 rue Stanley, 10th Floor
Montreal, QC H3A 2V4


Andersen Tax LLC
333 Bush Street, Suite 1700
San Francisco, CA 94104

Arent Fox LLP
PO Box 644672
Pittsburgh, PA 15264-4672


Automobile Club of SoCal
a/s/o Harrison, David, Sandy
132 E Montecito Street
Santa Barbara, CA 93101


AXA-XL Indian Harbor/CoAction
999 Third Avenue Suite 1900
Seattle, WA 98104


Bangkok Cycle Industrial Co., Ltd.
76/2 Moo 8, Oam-Yai, Sampran
Nakornpathom 73160
THAILAND


Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, FL 90067


Bay Legal PC
3790 El Camino Real #211
Palo Alto, CA 94306


Beck, Payne, Frank & Piper PC
Attn: Adrian Tilley
3025 S. ParkerRoad, Suite 200
Aurora, CO 80014


Beehive Fire Investigation LLC
627 K Street
Salt Lake City, UT 84103


Beeline Connect, Inc.
99 Bank Street, Suite 1420
Ottawa ON K1P 1H4
CANADA

Bhurtel Law PLLC
353 Lexington Avenue, Suite 904
New York, NY 10016


BlackCrowAI
447 Broadway, Suite 382
New York, NY 10013


Blain Law APC
30950 Rancho Viejo Road, Suite 120
San Juan Capistrano, CA 92675


Blue Star Services Group
5625 Brisa St. Suite A
Livermore, CA 94550


Butler Weihmuller Katz Craig
Attn: Matthew Peaire
400 North Ashley Drive, Suite 2300
Tampa, FL 33602


BV Bike Me/M&S Flex
Gente Baan 60
9100 Sint-Niklaas
Belgium


Call2Recycle Canada Inc.
100 Sheppard Ave East Suite 800
Toronto, ON M2N 6N5
CANADA


Canadian Revenue Agency
1128 NW 52nd St Suite 201
Seattle, WA 98107


Cannon and Cannon Law PC
3381 W Mayflower Way Ste 250
Lehl, UT 84048

Cellino Law
Attn: Stephen Ciocca
800 Delaware Avenue
Buffalo, NY 14209


Cercano Management LLC as Agent
Attn: General Counsel
1110 112th Ave NE, Suite 202
Bellevue, WA 98004


Chubb Ins. Co.
a/s/o Rebold, Bruce
5 North Court
Oyster Bay, NY 11771


Cintas Corporation No. 2
9318 Florida Palm Drive
Tampa, FL 33619


City of Santa Barbara
1128 NW 52nd St Suite 201
Seattle, WA 98107


Clerkin Sinclair & Mahfouz LLP
3333 Camino Del Rio South Suite 120
San Diego, CA 92108


Commerce Ins.
a/s/o Maimone, Stephen
2000 West Park Drive, Suite 100
Westborough, MA 01581


Cong Ty TNHH NANG LUONG PYTES
Lot G3-1 D3 Road Viet Hoa Duc Hoa
III Industrial Park Duc Lap Commune
Tay Ninh Province Thailand

Counterpoint Ventures Investor Fund
Morgan Stanley ATTN: Mark Todtfeld
522 Fifth Avenue, 5th Floor
New York, NY 10036


Counterpoint Ventures Master Fund
Morgan Stanley ATTN: Mark Todtfeld
522 Fifth Avenue, 5th Floor
New York, NY 10036


Criteo Canada Corp.
100 King Street West, Suite 6200
Toronto, ON M5V 1B8
CANADA


Criteo Corp
PO Box 22764
Pasadena, CA 91185


CSC Global
251 Little Falls Drive
Wilmington, DE 19808


Culligan Water Salt Lake City
PO Box 65748
Salt Lake City, UT 84165-0748


Davis Wright Tremaine LLP
Suite 3300
920 Fifth Ave
Seattle, WA 98107-1610


DHL Express -USA
16592 Collections Center Drive
Chicago, IL 60693

Die Haftpflichtkasse
Attn: Lena Breitme
Darmst dter Str. 103
Robdorf, GERMANY 64380-0000


DoiT International USA Inc
5201 Great America Pkwy, Ste 320
Santa Clara, CA 95054


Dream Industrial LP
1167 Kensington Cres NW Suite 410
Calgary, AB T2N 1X7
CANADA


DSB Investments
16100 Linden Avenue N
Seattle, WA 98133


Durable Capital Master Fund LP
Attn: Julie Jack, General Counsel
4747 Bethesda Ave. Suite #1002
Bethesda, MD 20814


Dutch Express
164 West 25th Str. 10th FL
New York, NY 10001


e-Performax Centers Inc.
100 Saddle Springs Blvd.
Thompsons Station, TN 37179


Eastman, Laurie
369 Marble Creek Ct.
Sunnyvale, TX 75182


EcoGREEN Cleaning Inc.
PO Box 18144 Heritage Mtn
Port Moody, BC V3H 4H0
CANADA

ElectricBikeReview
144 W Brigham Rd Ste 8a
St George, UT 84790


Enbridge
PO Box 27031
Richmond, VA 23261-7031


Erie Insurance
a/s/o D. Barber
586 Springwater Road
Glenville, NC 28736


Erie Insurance
a/s/o Clayton, John
603 Craig Drive
Mahomet, IL 61853


Eustace Prezioso & Yapchanyk
55 Water Street 28th Floor
New York, NY 10041


EXL Service
20 Church Street, Suite 1600
Hartford, CT 06103


Explosion, Matthew
8 Sorenson Court
Arlington, MA 02474


Exponent
PO Box 200283
Dept 002
Dallas, TX 75320-0283


Extend, Inc.
440 N Barranca Ave #4904
Covina, CA 91723

Fabian, Sklar King and Liss, P.C
33450 W. 12 Mile Roas
Farmington Hills, MI 48331


Family Insurance Services
12574 Flagler Center Blvd Suite 300
Jacksonville, FL 32258


Fasken Martineau DuMoulin LLP
550 Burrard Street Suite 2900
Vancouver BC V6C1A3
CANADA


Fedex
PO Box 94515
Palatine, IL 60094-4515


Fedex Canada
PO Box 4626 Toronto STN A
Toronto ON M5W 5B4
CANADA


Feedonomics Holdings, LLC
21011 Warner Center Ln
Woodland Hills, CA 91367


FIAM Target Date Blue Chip Growth
Mutual Funds Lockbox
Attn: FLAPPER CO fbo FIAM Target
Chicago, IL 60675


Fidelity Advisor Srs I: Growth Opp
c/o Brown Brothers Harriman
Corporate Actions - 140 Broadway
New York, NY 10005

```
Fidelity Advisor Srs I: Growth Opp
Mutual Funds Lockbox
Attn: Warmwind fbo Fidelity Advs.
Chicago, IL 60675


Fidelity Blue Chip Growth Com Pool
c/o Brown Brothers Harriman
Corporate Actions - 140 Broadway
New York, NY 10005


Fidelity Blue Chip Growth K6 Fund
Northern Trst Attn Trade Securities
333 South Wabash Ave, 32nd Floor
Chicago, IL 60604


Fidelity BlueChipGrowth Institution
Mutual Funds Lockbox
Attn: Thisbe & Co: FBO Blue Chip
Chicago, IL 60675


Fidelity Canadian Growth Company Fu
Mutual Funds Lockbox
Attn: Thisbe & Co Fidelity Canadian
Chicago, IL 60675


Fidelity Contra NewInsightsFundSubB
c/o Brown Brothers Harriman
Corporate Actions - 140 Broadway
New York, NY 10005


Fidelity Contra- New Insights Fund
c/o Brown Brothers Harriman
Corporate Actions - 140 Broadway
New York, NY 10005


Fidelity Contrafund K6
Northern Trst Attn Trade Securities
333 South Wabash Ave, 32nd Floor
Chicago, IL 60604
```

```
Fidelity Contrafund Mag& Co.
c/o Brown Brothers - ATTN:
Corporate Actions - 140 Broadway
New York, NY 10005


Fidelity Contrafund Mag& Co.
c/o Brown Brothers Harriman
Corporate Actions - 140 Broadway
New York, NY 10005


Fidelity Contrafund Opp Insights Fu
c/o Brown Brothers Harriman
Corporate Actions - 140 Broadway
New York, NY 10005


Fidelity Global Innovators Invest
Mutual Funds Lockbox
Attn: Thisbe & Co: Fidelity Global
Chicago, IL 60675


Fidelity Growth Co. Commingled Pool
c/o Brown Brothers Harriman
Corporate Actions - 140 Broadway
New York, NY 10005


Fidelity Growth Company K6 Fund
BNY Mellon
PO Box 392002
Pittsburgh, PA 15230


Fidelity Insights-State St Bank
Mutual Funds Lockbox
Attn: Thisbe & Co Fidelity Insights
Chicago, IL 60675


Fidelity Mt. Vernon Street Trust
c/o Brown Brothers Harriman
Corporate Actions - 140 Broadway
New York, NY 10005
```

Fidelity Mt. Vernon Street Trust
BNY Mellon
PO Box 392002
Pittsburgh, PA 15230


Fidelity NorthStar Fund - Sub D
Mutual Funds Lockbox
Attn: Thisbe&Co Fidelity NorthStar
Chicago, IL 60675


Fidelity Sec-Blue Chip Growth Fund
c/o Brown Brothers Harriman
Corporate Actions - 140 Broadway
New York, NY 10005


Fidelity Series Blue Chip Growth Fu
Mutual Funds Lockbox
Attn: Thisbe & Co: FBO Blue Chip
Chicago, IL 60675


Fidelity Special Situtations Fund
Mutual Funds Lockbox
Attn: Thisbe & Co. Fidelity Special
Chicago, IL 60675


Fidelity U.S. Growth Opportunities
Mutual Funds Lockbox
Attn: Thisbe&Co Fidelity US Growth
Chicago, IL 60675


Findley, Scott
5120 IDS Center
80 South Eighth Street
Minneapolis, MN 55402


Flexport Customs Canada Inc.
2015 Main Street
Vancouver BC V5T 3C2
CANADA

Flexport International LLC
760 Market Street, 8th Floor
San Francisco, CA 94102


Florida Family Ins. Co.
a/s/o Carballo
12620 Gloria Blvd
Bokeelia, FL 33922


Fortis BC
PO Box 6666 Station Terminal
Vancouver BC V6B 6M9
CANADA


Fox Rothschild
John Reis
101 S. Tryon Street Suite 1700
Charlotte, NC 28280


Front Street Facility Sltns
4170 Veterans Memorial Hwy
Bohemia, NY 11716


Frontline Insurance
 a/s/o Cobb, Matthew
64 Gulfwinds Drive
Palm Harbor, FL 34683


Frontline Insurance
PO Box 958405
Lake Mary, FL 32795-8405


Fuji-TA Fushida Group Area
Dongjin Road Junliangcheng Street
Dongli District Tianjin
Tianjin, China 00030-0050

```
Fuller, Kaylyn
917 Middlefield Dr
Petaluma, CA 94952


Gladly Software, Inc.
423 Broadway, 503
Millbrae, CA 94030


Google
1600 Amphitheatre Pkwy
Mountain View, CA 94043


Gore, Lisa
o/b/o James Gore
4644 Del Monte Ave.
San Diego, CA 92107


Grelish Law PLLC
1606 148th Avenue SE Suite 200
Bellevue, WA 98007


Grotefeld Hoffmann
Attn: Michael J. Scola
407 South Third Street Suite 200
Geneva, IL 60134


Grotefeld Hoffmann
Attn: Joseph Suareo III
407 South Third Street, Suite 200
Geneva, IL 60134


Grotefeld Hoffmann
700 Larkspur Landing Circle
Suite 280
Larkspur, CA 94939
```

Grunecker Patent Attorneys
Leopoldstraße 4
80802 Munich
Germany


Guardian Security Systems, Inc.
1743 First Avenue South
Seattle, WA 98134


Hafny Co., Ltd
No. 296 Nanbei 4th Road
Taichung City, Taiwan, 437
TAIWAN


Haynes and Boone, LLP
PO Box 841399
Dallas, TX 75284-1399


Heartland Mutual
a/s/o Pettipas, Ralphs
645 East Chezzetcook Rd. E.
Chezzetcook, NS B0J 1N0


Heartland Mutual Insurance
100 Erb St. E
Waterloo, ON N2J 1L9


Huzovicova, Naomi
Attn: Matthew Van Nostrand
650 West Georgia Street #2020
Vancouver BC V6B 4N7 CANADA


Impact Tech, Inc.
223 E. De La Guerra Street
Santa Barbara, CA 93101

Integs Cloud Tech. Private Ltd.
Plot No.2B Bramhavrund Col.No.1 New
DP Rd Vishal Nagar Pimple Nilakh
Pune Maharashtra 411027 INDIA


Iuvo Industry Co., Ltd.
No. 460-1 Zhongsan Road Sec. 1
Tachia Dist.
Taichung City 437 TAIWAN


Jacqueline Leshan Pier
People's Law Firm/S. Benedetto
4475 Mission Blvd. #238
San Diego, CA 92109


Jay, Steve
3930 Carson Cutoff
Augusta, GA 30907


Jinhua Jobo Technology Co Ltd
No. 1398 Shenli Road, Qiubin
Industrial Park, Zhejiang
China


Jinhua Vision Industry Co., Ltd.
No. 3777 King-Ding Road Jiangdong
Industrial Zone, Jindong District
Jinhua ZheJiang Province China


Jinhua Vision Industry Co., Ltd.
No. 3777 King-Ding Road Jiangdong
Industrial Zone JinDong District
Jinhua ZheJinag Province China


JP Morgan Chase Bank, N.A.
c/o Brent McILwain
1722 Routh Street, Suite 1500
Dallas, TX 75201

Kelly Law
402 West Broadway #400
San Diego, CA 92101


Keter Environmental Services, LLC
P.O. Box 417468
Boston, MA 02241-7468


King-Meter Technology Co., Ltd
No.15 Chenchang Rd
Beichen District 300134
Tianjin, China


Kramer Dunleavy & Ratchik PLLC
15 Maiden Lane, Suite 2005
New York, NY 10038


Kunshan Chengyang Metal Co., LTD
No.2 HuXiang Road
KunShan City, Jiangsu, China
Suzhou 215300


Kunshan Julet Electronics Co LTD
No. 2 Bldg 3, No 888 Pengging Rd
Huaqiao Town Kunshan City
Jiangsu Province  China


Law Office of Lori Jones Blangger
PO Box 54660
Cincinnati, OH 45254


Lindsay, David
13823 NE 76th St.
Redmond, WA 98052


Luck, Susan
Att: Nathan Langston, Jantz Johnson
301 N. 200 E. Suite 3C
St. George, UT 84770

Macfix E&D Trd. Grp. Inc.
NO.88 Chenggong Rd.
ECONOMIC DEVELOPMENT ZONE
JIASHAN, Hong Kong 999077


Macmillan Scholz & Marks LLC
4640 S. Macadam Avenue, Suite 100
Portland, OR 97239


Mazzocca & Associates
Attn: Amanda Coutu
2000 West Park Drive, Suite 100
Westborough, MA 01581


McMullin Injury Law PLLC
Attn: Nathan Langston
301 N. 200 E. Suite 3C
St. George, UT 84770


Mercury Insurance
Ann Robles
P.O. Box 10730
Santa Ana, CA 92711


Meta Platforms, Inc.
15161 Collections Center Drive
Chicago, IL 60693


Microsoft Online, Inc
6880 Sierra Center Pkwy
Reno, NV 89511


Mike And Hugh's Bike Company, LLC
c/o Perkins Coie-David Clarke
1201 Third Avenue, Suite 4900
Seattle, WA 98101

Mike Radenbaugh
PO Box 5041
Stateline, NV 89449


Minister of Revenue of Quebec rue
de Marly C.P. 25555, succursale
Terminus Quebec
(Quebec) G1A 1B9


Ministry of Finance Revenue
Room 312, 2405 Lesiglative Drive
Regina SK S4S 0B3
CANADA


Minuteman Press Vancouver
181 West 6th Ave
Vancouver, BC V5Y 1K3
CANADA


Monarch National Ins. Co.
a/s/o Campbell, Demond
10094 Chesapeake Bay Dr.
Fort Myers, FL 33913


Morehead, Todd
obo minor Summer Morehead
3015 Anabella
San Clemente, CA 92673


Morgan & Morgan
Attn: William Compton
501 Riverside Dr., Suite 1200
Jacksonville, FL 32202


Murphy Battista LLP
Attn: Matthew Van Nostrand
650 West Georgia Street #2020
Vancouver BC V6B 4N7 CANAD

MV Direct 3, LLC
1201 Western Avenue, Suite 406
Seattle, WA 98101


N and J Enterprise Co., LTD.
Hallmark Bldg. 227 Old Airport Rd.
The Valley, Anguilla, B.W.I
Hong Kong AI2640


Narvar, Inc.
3 East Third Ave., Suite 211
San Mateo, CA 94401


Ocean Network Express
PTE LTD
8730 Stony Point Parkway, Suite 400
Richmond, VA 23235


Oracle, Dext Capital, LLC
5500 Meadows Road
Lake Oswego, OR 97035


Osayande, Victor
353 Lexington Avenue, Suite 904
New York, NY 10016


Parker Stanbury LLP
444 S. Flower Street 19th Floor
Los Angeles, CA 90071


Paul D. Hewson
Temple Hill, Strathmore Road,
Killiney, Co Dublin, A96 K295
Ireland


PC Group Retail LLC
560 Mission Street, 10th Floor
San Francisco, CA 94105

Penta Expertise & Consult
Gente Baan 60
9100 Sint-Niklaas
Antwerp Belgium


Pompilus, Pradell
214 Scott Street
Easton, PA 18042


PTC INC
121 Seaport Blvd, Suite 1700
Boston, MA 02210


Quality Bicycle Products
6400 West 105th Street
Bloomington, MN 55438-2554


Quantum Subro
Attn: Max Kramer
One Town Square
Hartford, CT 06183


Redwood Materials
2800 Lockheed Way
Carson City, NV 89706


Robles, Ann
C/O Mercury Insurance
P.O. Box 10730
Santa Ana, CA 92711


Rocky Mountain Power
PO Box 26000
Portland, OR 97256-0001


Rodriguez, Marshall
11706 Bellflower Blvd. Unit B
Downey, CA 90241

Roussel, Charles
62 Hausman Street, #3
New York, NY 11222


SageSure Ins.
a/s/o Bedel, Athony
1032 Annerley Rd.
Piedmont, CA 94610


Schwebel Goetz & Sieben
5120 IDS Center
80 South Eighth Street
Minneapolis, MN 55402


Sean Milligan
Mortesen & Milne/R. Rose
68 S. Main St. #700
Salt Lake City, UT 84101


SEKO
1100 Arlington Heights Road
Itasca, IL 60143


Serengeti Caracal Master Fund II LP
Attn: Albert J. Martinez
632 Broadway Ste. 901
New York, NY 10012


Settlement Payments
76/2 Moo 8 Oam-Yai
Sampran Nakornpathom
73160 Thailand


Shanghai CIIC Overseas Empl Svc
18th Floor CIIC Building 9299 Humin
Road, XuHui District Shanghai
Shanghai 200235 China 00020-0030

Shanghai PYTES Energy Co, Ltd
No.3492 Jinqian Road
Fengxian District
Shanghai China


Shanghai PYTES Energy Co., Ltd.
No.3492 Jinqian Road
Fengxian District
Shanghai, China


Shezhen Gub Bike Trdg. Co 201 No
32-1 Yanhe Road Rucheng Community
Square Guanhu Street Longhua Dist
Shenzhen Guangdong 518100 China


Solutions Granted Inc
14017 Telegraph Road
Woodbridge, VA 22192


SR Suntour NA Inc
7509 S. 5th Street
STE 124
Ridgefield, WA 98642


Starke, David
Attn: Stephen Ciocca
800 Delaware Avenue
Buffalo, NY NY


State Farm
a/s/o Ellefson, Sarah
39 Wellington Lane
Edwards, CO 81632


State Farm
a/s/o Majdy, Joudeh
8010 Kirkcaldy Ct.
Palos Heights, IL 60463

State Farm
a/s/o Sayre, Elizabeth
2838 Atwell Ave
Oakland, CA 94601


State Farm
a/s/o Schoenfeld, Mark
4050 Edgewood Dr.
Missoula, MT 59802


State Farm
a/s/o Jonathan Miles
102 S. 200 East #800
Salt Lake City, UT 84111


State Farm Insurance
Attn: Charles Cain
P.O. Box 106169
Atlanta, GA 30348


Steele Street Co LLC
222 SW Columbia Street Suite 700
Portland, OR 97201


Stein Adler Dabah Zelkowitz
936 Broadway
5th Floor
New York, NY 10010


Stephens, Shannon
The Kress Building
301-19th Street North
Birmingham, AL 35203


Straus Meyers LLP
Attn: Judith McAulay
225 Broadway, Suite 1550
San Diego, CA 92101

Stutman Law
Attn: Melisa Iozzi
500 Office Center Dr., Suite 301
Fort Washington, PA 19034


Suzhou Shingesun Science Tech.
No. 78, Tinghe Road, SIP
Sushou
China


Sweeney Conrad, P.S.
10210 NE Points Dr., Suite 300
Kirkland, WA 98033


Telus
PO Box 8950
STN Terminal
VANCOUVER, BC V6B 3C3


The Rise Fund II Radcliffe, L.P.
Attn: Off Counsel c/o Nadia Karkar
301 Commerce Street, Suite 3300
Fort Worth, TX 76102


Traub, Ronald
74 E. Prospect St.
Ventura, CA 93001


U-Power Collection Enterprise
No 30 Lane 219 Shihoo Road
Tali District
Taichung, Taiwan


U.S Customs and Border Protection
1000 Second Avenue, Suite 2100
Seattle, WA 98104

United Health Care
9700 Health Care Lane
Hopkins, MN 55343


Unwrap.ai
3741 Mariana Way Unit A
Santa Barbara, CA 93105


US Consumer Prot. Safety Comm.
Attn: Joseph Kessler
4330 East West Hwy
Bethesda, MD 20814


US Customs and Border Protection
6650 Telecom Drive, Ste 100
Indianapolis, IN 46278


USAA
a/s/o Parra, David
7557 Westbrook Ave.
San Diego, CA 92139


USAA
a/s/o Powell, Danica
155 Trafalgar Lane
San Clemente, CA 92672


User Friendly Technology
407 S. Mansfield Avenue
Los Angeles, CA 90036


Variable Insurance Product Fund III
Attn: Trade Securities Processing
333 South Wabash Ave, 32nd Floor
Chicago, IL 60604

Variable Insurance Products Fund II
c/o Brown Brothers Harriman
Corporate Actions - 140 Broadway
New York, NY 10005


VC Direct No. 1, LLC
1201 Western Avenue, Suite 406
Seattle, WA 98101


VCVC V LLC
c/o Cercano Management LLC
1110 112th Ave NE, Suite 202
Bellevue, WA 98004


WA Attorney General
Consumer Protection
800 5th Ave #2000
Seattle, WA 98104


Wagner, Julie/Sausalito Bike
Venardi Zurada LLP
101 Ygnacio Valley Road, Suite 100
Walnut Creek, CA 94596


WestCoast Plastic Recycling Inc
10-102800 Bathgate Way
Richland, BC V6V 1Z4
CANADA


Western National Insurance
Attn: Benjamin Sorenson
220 South Sixth Street
Minneapolis, MN 55402


Whole Foods
c/o Chartwell Law
One Battery Park Plaza, Suite 710
New York, NY 10004

Wiggins Childs Pantazis
Fisher Goldfarb LLC
301 19th Street North
Birmingham, AL 35203


Wilson Sonsini Goodrich & Rosati
PO Box 742866
Los Angeles, CA 90074-2866


Wood Smith Henning & Berman LLP
1401 Willow Pass Road, Suite 700
Concord, CA 94520


Woodruff-Sawyer & Company
50 California Street, 12 Floor
San Francisco, CA 94111


Wuxi Thai-Racing Trade Co., LTD.
No. 162 Donglang Road Yangjian
Town, Wuxi
Jiangsu China


Yost & Baill LLP
Attn: Benjamin Sorenson
220 South Sixth St. Suite 2050
Minneapolis, MN 55402


Yotpo Inc.
400 Lafayette Street 4th Floor
New York, NY 10003


Young, Darryl
325 Brighton Avenue Apt 314
San Francisco, CA 94112


Zhong Lun Law Firm 22-31/F, South
Tower Building 3 Zhengda Center
No 20 Jinhe East Road Chaoyang
District Beijing China 100020

Zisson & Jacobs LLP
Attn: Seth Jacobs
92 State Street, 4th Fl.
Boston, MA 02109

# United States Bankruptcy Court
## Eastern District of Washington

In re    **Rad Power Bikes Inc.** _____      Case No. _____
                                Debtor(s)        Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Rad Power Bikes Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

## Fidelity Management & Research LLC with its affiliated funds as detailed in the List of Equity Security Holders.

☐ None [*Check if applicable*]

12/15/2025 _____      /s/ Armand J. Kornfeld
Date                          **Armand J. Kornfeld**
                               Signature of Attorney or Litigant
                               Counsel for   **Rad Power Bikes Inc.**
                               **Bush Kornfeld LLP**
                               **601 Union St., Suite 5000**
                               **Seattle, WA 98101-2373**
                               **(206) 292-2110 Fax:(206) 292-2104**
                               **jkornfeld@bskd.com**