| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rad Power Bikes Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | 25-02183-11 |

☑ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule*     **20 Largest Unsecured Claims**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/30/2025           X *sKSmith*
                                    Angelina Smith (Dec 30, 2025 18:09:11 PST)
                                    Signature of individual signing on behalf of debtor

                                    **Angelina M. Smith**
                                    Printed name

                                    **Chief Executive Officer**
                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Rad Power Bikes Inc.**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF WASHINGTON**
Case number (if known): **25-02183-11**

☒ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AXA-XL Indian Harbor/CoAction 999 Third Avenue Suite 1900 Seattle, WA 98104 | Mattew T. Wood mwood@cozen.com | Damages | Contingent Unliquidated Disputed | | | $1,000,000.00 |
| Bangkok Cycle Industrial Co., Ltd. 76/2 Moo 8, Oam-Yai, Sampran Nakornpathom 73160 THAILAND | pattarawadee@labicyclegroup.com | Trade | | | | $5,353,673.92 |
| Chubb Ins. Co. a/s/o Rebold, Bruce 5 North Court Oyster Bay, NY 11771 | Robert J. Bates Robert.Bates@eustacelaw.com | Subrogation | Contingent Unliquidated Disputed | | | $800,000.00 |
| Commerce Ins. a/s/o Maimone, Stephen 2000 West Park Drive, Suite 100 Westborough, MA 01581 | Amanda Coutu acoutu@mapfreusa.com | Subrogation | Contingent Unliquidated Disputed | | | $1,138,000.00 |
| Dutch Express 164 West 25th Str. 10th FL New York, NY 10001 | Noam Besdin nbesdin@steinadlerlaw.com | Settlement | | | | $225,000.00 |
| Erie Insurance a/s/o D. Barber 586 Springwater Road Glenville, NC 28736 | John W. Reis JReis@Foxrothschild.com | Subrogation | Contingent Unliquidated Disputed | | | $202,187.16 |
| Fedex PO Box 94515 Palatine, IL 60094-4515 | useft@fedex.com | Trade | | | | $297,000.00 |

| Debtor | Rad Power Bikes Inc. | | Case number (if known) | 25-02183-11 | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fuji-TA Fushida Group Area Dongjin Road Junliangcheng Street Dongli District Tianjin Tianjin, China 00030-0050** | fsp.sally@battle-fsd.com | Trade | | | | $1,223,881.24 |
| **Gore, Lisa o/b/o James Gore 4644 Del Monte Ave. San Diego, CA 92107** | Lisa Gore<br><br>lisagore22@gmail.com | Subrogation | Contingent Unliquidated Disputed | | | $3,200,000.00 |
| **Jay, Steve 3930 Carson Cutoff Augusta, GA 30907** | Steve Jay<br><br>anotherjaycreation@gmail.com | Damages | Contingent Unliquidated Disputed | | | $1,000,000.00 |
| **Jinhua Jobo Technology Co Ltd No. 1398 Shenli Road, Qiubin Industrial Park, Zhejiang China** | nancy@jobobikes.com | Trade | | | | $646,763.80 |
| **Jinhua Vision Industry Co., Ltd. No. 3777 King-Ding Road Jiangdong Industrial Zone JinDong District Jinhua ZheJinag Province China** | elsa@chinahulong.com | Trade | | | | $1,414,355.71 |
| **Kunshan Julet Electronics Co LTD No. 2 Bldg 3, No 888 Pengging Rd Huaqiao Town Kunshan City Jiangsu Province China** | panxiaoqin@julet.cn | Trade | | | | $218,992.00 |
| **Luck, Susan Att: Nathan Langston, Jantz Johnson 301 N. 200 E. Suite 3C St. George, UT 84770** | Nathan Langston<br><br>nate@stginjurylaw.com | Damages | Contingent Unliquidated Disputed | | | $1,000,000.00 |
| **Meta Platforms, Inc. 15161 Collections Center Drive Chicago, IL 60693** | payment@fb.com | Trade | | | | $284,130.87 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Monarch National Ins. Co. a/s/o Campbell, Demond 10094 Chesapeake Bay Dr. Fort Myers, FL 33913 | Lori Jones Blangger ljb@jonesblanggerlaw.com (513) 417-3241 | Subrogation | Contingent Unliquidated Disputed | | | $200,000.00 |
| N and J Enterprise Co., LTD. Hallmark Bldg. 227 Old Airport Rd. The Valley, Anguilla, B.W.I Hong Kong AI2640 | celine@vantly.com.tw | Trade | | | | $329,464.00 |
| SageSure Ins. a/s/o Bedel, Athony 1032 Annerley Rd. Piedmont, CA 94610 | mtkramer@travelers.com | Subrogation | Contingent Unliquidated Disputed | | | $513,000.00 |
| U.S Customs and Border Protection 1000 Second Avenue, Suite 2100 Seattle, WA 98104 | Kyle Forsyth kyle.forsyth@usdoj.gov | Tariffs | Disputed | | | $8,363,748.50 |
| Whole Foods c/o Chartwell Law One Battery Park Plaza, Suite 710 New York, NY 10004 | Len Kushnir lkushnir@chartwelllaw.com | Damages | Contingent Unliquidated Disputed | | | $237,469.74 |